UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) NO. 3:23-cv-03071<br>) MDL No. 3071<br>)<br>) THIS DOCUMENT RELATES TO:<br>)       ALL CASES |

## ORDER

The Court has been notified and approves the additional counsel identified below as members of Plaintiffs' Steering Committee:

Daniel Herrera
Cafferty Clobes Meriwether & Sprengel LLP
135 S. LaSalle, Ste. 3210
O: 312-782-4880
C: 708-275-2973
dherrera@caffertyclobes.com

Christian Levis
Lowey Dannenberg, P.C.
44 S. Broadway, Ste 1100
White Plains, NY 10601
O: (914) 997-0500
C: 914-469-3162
clevis@lowey.com

Joseph Saveri
Joseph Saveri Law Firm, LLP
601 California St. Ste 1000
San Francisco, CA 94108
O: (415) 500-6800
C: 415-425-0856
jsaveri@saverilawfirm.com

Benjamin Widlanski
Koyzak Tropin & Throckmorton LLP
2525 Ponce De Leon Blvd., 9th Floor
Miami, FL 33134
O: 305-372-1800
C: 646-256-1441
bwidlanski@kttlaw.com

Walter Noss
Korein Tillery P.C.
707 Broadway, Ste. 1410
San Diego, CA 92101
O: (619) 625-5622
C: 216-224-4375
wnoss@koreintillery.com

Michaela Wallin of Berger Montague joins Daniel J. Walker of that firm as a member of Plaintiffs' Steering Committee

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE