UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | Case No. 3:23-md-3071<br>MDL No. 3071<br><br>JURY DEMAND<br><br>Chief Judge Waverly D. Crenshaw, Jr.<br><br>This Document Relates to:<br><br>3:23-cv-00742<br>3:23-cv-00979 |

**DEFENDANT APARTMENT INCOME REIT CORP.'S AND PLAINTIFFS' NOTICE OF SETTLEMENT AND JOINT MOTION FOR RELIEF TO FINALIZE SETTLEMENT**

On January 31, 2024, the Court granted Defendant Apartment Income REIT Corp. ("AIR") and Plaintiffs' (together with AIR, the "Parties") Joint Motion to Stay Resolution of AIR's Renewed Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint while the Parties explored resolution of the litigation.

On February 2, 2024, the Parties reached a settlement in principle to resolve all of Plaintiffs' claims against AIR in this action. The Parties are diligently working to draft the final long-form settlement agreement, which will include a joint request for AIR's dismissal with prejudice upon final approval by the Court. Even with the Parties' diligence, it is anticipated that it will take several months to complete the class settlement approval process.

Accordingly, the Parties agree that AIR's Renewed Motion to Dismiss Plaintiffs' Second Amended Consolidated Class Action Complaint (Dkt. 695, 696) is now moot and is hereby withdrawn by AIR without prejudice. The Parties respectfully request that the Court stay all

deadlines against AIR, including any deadline to file an answer to Plaintiffs' Second Amended Consolidated Class Action Complaint and any pending and future discovery deadlines, as the Parties finalize their long-form settlement agreement for submission to the Court for preliminary approval.

In the event that the Court has any questions or concerns regarding this Notice and Motion, the Parties jointly request a telephone conference with the Court to address them.

| | |
|---|---|
| Dated:  February 5, 2024 | */s/ Tricia R. Herzfeld* |
| | Tricia R. Herzfeld (#26014) |
| | Anthony A. Orlandi (#33988) |
| | **HERZFELD SUETHOLZ GASTEL LENISKI AND WALL, PLLC** |
| | 223 Rosa L. Parks Avenue, Suite 300 |
| | Nashville, TN 37203 |
| | Telephone: (615) 800-6225 |
| | tricia@hsglawgroup.com |
| | tony@hsglawgroup.com |

*Liaison Counsel*

Patrick J. Coughlin
Carmen A. Medici
Fatima Brizuela
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 798-5325
Facsimile: (619) 233-0508
pcoughlin@scott-scott.com
cmedici@scott-scott.com
fbrizuela@scott-scott.com

Patrick McGahan
Michael Srodoski
G. Dustin Foster
Isabella De Lisi
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
156 South Main Street
P.O. Box 192
Colchester, CT 06145
Telephone: (860) 537-5537
Facsimile:  (860) 537-4432
pmcgahan@scott-scott.com
msrodoski@scott-scott.com
gfoster@scott-scott.com
idelisi@scott-scott.com

Stacey Slaughter
Thomas J. Undlin
Geoffrey H. Kozen
Stephanie A. Chen
J. Austin Hurt
**ROBINS KAPLAN LLP**
800 LaSalle Avenue, Suite 2800
Minneapolis, MN 55402
Telephone:  (612) 349-8500
Facsimile:  (612) 339-4181
sslaughter@robinskaplan.com
tundlin@robinskaplan.com
gkozen@robinskaplan.com
schen@robinskaplan.com
ahurt@robinskaplan.com

Swathi Bojedla
Mandy Boltax
**HAUSFELD LLP**
888 16th Street, N.W., Suite 300
Washington, DC 20006
Telephone: (202) 540-7200
sbojedla@hausfeld.com
mboltax@hausfeld.com

Gary I. Smith, Jr.
Joey Bui
**HAUSFELD LLP**
600 Montgomery Street, Suite 3200
San Francisco, CA 94111
Tel: (415) 633-1908
gsmith@hausfeld.com
jbui@hausfeld.com

Katie R. Beran
**HAUSFELD LLP**
325 Chestnut Street, Suite 900
Philadelphia, PA 19106
Telephone: 1 215 985 3270
kberan@hausfeld.com


*Interim Co-Lead Counsel*

| | |
|---|---|
| Eric L. Cramer<br>Michaela L. Wallin<br>**BERGER MONTAGUE PC**<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>Telephone: (215) 875-3000<br>ecramer@bm.net<br>mwallin@bm.net | Christian P. Levis<br>Vincent Briganti<br>Peter Demato<br>Radhika Gupta<br>**LOWEY DANNENBERG, P.C.**<br>44 South Broadway, Suite 1100<br>White Plains, NY 10601<br>Telephone: (914) 997-0500<br>Facsimile: (914) 997-0035<br>vbriganti@lowey.com<br>clevis@lowey.com<br>pdemato@lowey.com<br>rgupta@lowey.com |
| Daniel J. Walker<br>**BERGER MONTAGUE PC**<br>2001 Pennsylvania Avenue, NW, Suite 300<br>Washington, DC 20006<br>Telephone: (202) 559-9745<br>dwalker@bm.net | |
| Brendan P. Glackin<br>Dean M. Harvey<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>275 Battery Street, Suite 2900<br>San Francisco, CA 94111<br>Telephone: 415-956-1000<br>bglackin@lchb.com<br>dharvey@lchb.com | Christopher M. Burke<br>Walter W. Noss<br>Yifan (Kate) Lv<br>**KOREIN TILLERY P.C.**<br>707 Broadway, Suite 1410<br>San Diego, CA  92101<br>Telephone: (619) 625-5621<br>Facsimile (314) 241-3525<br>cburke@koreintillery.com<br>wnoss@koreintillery.com<br>klv@koreintillery.com |
| Mark P. Chalos<br>Hannah R. Lazarz<br>Kenneth S. Byrd<br>**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**<br>222 2nd Avenue South, Ste. 1640<br>Nashville, TN 37201<br>(615) 313-9000<br>mchalos@lchb.com<br>hlazarz@lchb.com<br>kbyrd@lchb.com | Joseph R. Saveri<br>Cadio Zirpoli<br>Kevin E. Rayhill<br>**JOSEPH SAVERI LAW FIRM, LLP**<br>601 California Street, Suite 1000<br>San Francisco, CA 94108<br>Telephone: (415) 500-6800<br>jsaveri@saverilawfirm.com<br>czirpoli@saverilawfirm.com<br>krayhill@saverilawfirm.com |
| Benjamin J. Widlanski<br>Javier A. Lopez<br>**KOZYAK TROPIN & THROCKMORTON LLP**<br>2525 Ponce de Leon Blvd., 9th Floor | Jennifer W. Sprengel<br>Daniel O. Herrera<br>Alexander Sweatman<br>**CAFFERTY CLOBES MERIWETHER & SPRENGEL LLP**<br>135 S. LaSalle, Suite 3210<br>Chicago, IL 60603 |

5


Coral Gables, Florida 33134
Telephone: (305) 372-1800
bwidlanski@kttlaw.com
jal@kttlaw.com

Telephone:  312-782-4880
Facsimile: 312-782-4485
jsprengel@caffertyclobes.com
dherrera@caffertyclobes.com
asweatman@caffertyclobes.com

*Plaintiffs' Steering Committee Counsel for Plaintiffs*

Dated:  February 5, 2024                             Respectfully submitted,


                                             */s/ Kathryn A. Reilly*
Kathryn A. Reilly
Michael T. Williams
Judith P. Youngman
Wheeler Trigg O'Donnell LLP
370 Seventeenth Street, Suite 4500
Denver, CO 80202
Telephone:  303.244.1800
Facsimile:  303.244.1879
Email: reilly@wtotrial.com
        williams@wtotrial.com
        youngman@wtotrial.com

And

Mark Bell
Holland & Knight LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone:  615.244.6380
Email: mark.bell@hklaw.com

Attorneys for Apartment Income REIT Corp.

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on February 5, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record:

/s/ *Tricia R. Herzfeld*
Tricia R. Herzfeld