UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| IN RE: REALPAGE, INC., RENTAL SOFTWARE ANTITRUST LITIGATION (NO. II) | ) ) ) ) ) ) ) ) |

Case No. 3:23-md-03071
MDL No. 3071

THIS DOCUMENT RELATES TO:
Case No. 3:23-cv-00742

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, the Motion to Dismiss Tennessee Actions for Lack of Personal Jurisdiction and Improper Venue (Doc. No. 583) is neither granted nor denied. The Clerk shall **TERM** the motions that appears at Doc. No. 583 in Case No. 3:23-md-03071, and Doc. No. 47 in Case No. 3:23-cv-00742. The Court further **ORDERS** as follows:

- The claims raised in Kabisch v. RealPage, Inc., No. 3:23-cv-00742 (M.D. Tenn. July 24, 2023), Doc. No. 1 (hereinafter, "Kabisch Complaint") are hereby **SEVERED** into four groupings as separate cases, as follows:

    1. Claims against Prometheus Real Estate Group, Inc. ("Prometheus") and Sares Regis Group Commercial, Inc. ("Sares Regis").

    2. Claims against Rose Associates, Inc. ("Rose").

    3. Claims against Conti Texas Organization Inc., d/b/a CONTI Capital ("CONTI").

    4. Claims against the remaining Defendants.

- The claims raised in the Kabisch Complaint against the remaining Defendants (*i.e.* every Defendant other than Prometheus, Sares Regis, Rose, and CONTI) will remain in the Middle District of Tennessee and retain the above-captioned case number (3:23-cv-00742).

- The Clerk is directed to open a separate case for each of the three new cases, waive the filing fee in each new case, and then transfer the cases as follows:

1. Claims raised in the <u>Kabisch</u> Complaint against Prometheus and Sares Regis, to be transferred to the Western District of Washington.

2. Claims raised in the <u>Kabisch</u> Complaint against Rose, to be transferred to the Southern District of New York.

3. Claims raised in the <u>Kabisch</u> Complaint against CONTI, to be transferred to the Western District of Texas.

- Upon transfer, the Clerk **SHALL** notify the three transferee districts listed above that the respective transferred cases are related tag-along actions to <u>In re: RealPage, Inc., Rental Software Antitrust Litig. (No. II)</u>, No. MDL 3071, and that this Court respectfully requests that the transferred actions be sent to the United States Judicial Panel on Multidistrict Litigation for conditional transfer back to this Court.

- The Clerk SHALL send a copy of this Order and Memorandum Opinion to the Clerk of the Judicial Panel on Multi-District Litigation.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE