# U.S. District Court
# Middle District of Tennessee (Nashville)
# CIVIL DOCKET FOR CASE #: 3:24–cv–00273

Kabisch v. RealPage, Inc. et al
Assigned to: Chief Judge Waverly D. Crenshaw, Jr
Cause: 15:15 Antitrust Litigation

Date Filed: 07/24/2023
Date Terminated: 03/07/2024
Jury Demand: Plaintiff
Nature of Suit: 410 Anti–Trust
Jurisdiction: Federal Question

**Plaintiff**

**Joshua Kabisch**                                  represented by   **Alexander Sweatman**
Cafferty Clobes Meriwether & Sprengel LLP
135 S. LaSalle
Suite 3210
Chicago, IL 60603
(312) 782–4880
Fax: (312) 782–4485
Email: asweatman@caffertyclobes.com
*ATTORNEY TO BE NOTICED*

**Amanda V. Boltax**
Hausfeld LLP
888 16th Street, NW
Suite 300
Washington, DC 20006
516–477–8339
Email: mboltax@hausfeld.com
*ATTORNEY TO BE NOTICED*

**Amanda F Lawrence**
Scott+Scott Attorneys at Law LLP
156 South Main Street, P.O. Box 192
Colchester, CT 06145
860–537–5537
Fax: 860–537–4432
Email: alawrence@scott–scott.com
*ATTORNEY TO BE NOTICED*

**Anthony A. Orlandi**
Herzfeld, Suetholz, Gastel, Leniski & Wall,
PLLC
223 Rosa L Parks Ave
Suite 300
Nashville, TN 37203
615–800–6225
Email: tony@hsglawgroup.com
*ATTORNEY TO BE NOTICED*

**Benjamin Jacobs Widlanski**
Kozyak Tropin Throckmorton LLP
2525 Ponce De Leon Boulevard

9th Floor
Miami, FL 33134
305−372−1800
Fax: 305−372−3508
Email: bwidlanski@kttlaw.com
*ATTORNEY TO BE NOTICED*

**Breanna Le Van Engelen**
Hagens, Berman, Sobol, Shapiro, LLP (Seattle
Office)
1301 Second Avenue
Suite 2000
Seattle, WA 98101
(206) 623−7292
Email: breannav@hbsslaw.com
*ATTORNEY TO BE NOTICED*

**Brendan P. Glackin**
Lieff, Cabraser, Heimann & Bernstein, LLP (San
Francisco)
275 Battery Street
29th Floor
San Francisco, CA 94111−3339
(415) 956−1000
Fax: (415) 956−1008
Email: bglackin@lchb.com
*ATTORNEY TO BE NOTICED*

**Cadio Zirpoli**
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
San Francisco, CA 94108
(415) 500−6800
Fax: (415) 395−9940
Email: czirpoli@saverilawfirm.com
*ATTORNEY TO BE NOTICED*

**Carmen A. Medici**
Scott & Scott Attorneys at Law LLP
600 W. Broadway
Ste 3300
San Diego, CA 92101
619−233−4565
Fax: 619−233−0508
Email: cmedici@scott−scott.com
*ATTORNEY TO BE NOTICED*

**Christian P. Levis**
Lowey Dannenberg, PC
44 South Broadway
Suite 1100
White Plains, NY 10601
(914) 997−0500
Fax: (914) 997−0035
Email: clevis@lowey.com

*ATTORNEY TO BE NOTICED*

**Christopher M Burke**
Korein Tillery PC
707 Broadway
707 Broadway, Ste. 1410
San Diego, CA 92101
619−625−5621
Email: cburke@koreintillery.com
*ATTORNEY TO BE NOTICED*

**Daniel E. Gustafson**
Gustafson Gluek, PLLC
120 S Sixth Street
Suite 2600
Minneapolis, MN 55402
(612) 333−8844
Fax: (612) 339−6622
Email: dgustafson@gustafsongluek.com
*ATTORNEY TO BE NOTICED*

**Daniel C. Hedlund**
Gustafson Gluek, PLLC
120 S Sixth Street
Suite 2600
Minneapolis, MN 55402
(612) 333−8844
Email: dhedlund@gustafsongluek.com
*ATTORNEY TO BE NOTICED*

**Daniel O. Herrera**
Cafferty Clobes Meriwether & Sprengel LLP
135 S. LaSalle
Suite 3210
Chicago, IL 60603
312−782−4880
Email: dherrera@caffertyclobes.com
*ATTORNEY TO BE NOTICED*

**Daniel J Nordin**
Email: dnordin@gustafsongluek.com
*ATTORNEY TO BE NOTICED*

**Daniel J Walker**
BERGER MONTAGUE PC (DC)
2001 PENNSYLVANIA AVE NW
STE 300
WASHINGTON, DC 20006
202−559−9740
Email: dwalker@bm.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dean M. Harvey**
Lieff, Cabraser, Heimann & Bernstein, LLP (San

Francisco)
275 Battery Street
29th Floor
San Francisco, CA 94111–3339
(415) 956–1000
Fax: (415) 956–1008
Email: dharvey@lchb.com
*ATTORNEY TO BE NOTICED*

**Dennis Stewart**
Email: dstewart@gustafsongluek.com
*ATTORNEY TO BE NOTICED*

**Eric L. Cramer**
Berger & Montague, P.C. (Philadelphia Office)
1818 Market Street
Suite 3600
Philadelphia, PA 19103
215–875–3009
Fax: 215–875–4604
Email: ecramer@bm.net
*ATTORNEY TO BE NOTICED*

**Fatima G. Brizuela**
Scott + Scott
600 West Broadway
Suite 3300
San Diego, CA 92101
619–233–4565
Fax: 619–233–0508
Email: fbrizuela@scott–scott.com
*ATTORNEY TO BE NOTICED*

**G. Dustin Foster**
Scott + Scott, LLP (CT Office)
156 S Main Street
P O Box 192
Colchester, CT 06415
(860) 537–5537
Fax: (860) 537–4432
Email: gfoster@scott–scott.com
*ATTORNEY TO BE NOTICED*

**Gary I Smith , Jr**
HAUSFELD LLP (SF)
600 MONTGOMERY STREET
SUITE 3200
SAN FRANCISCO, CA 94111
415–633–1908
Fax: 415–633–4980
Email: gsmith@hausfeld.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Geoffrey H. Kozen**

Robins Kaplan LLP
800 Lasalle Avenue
Suite 2800
Minneapolis, MN 55402–2015
(612) 349–8500
Email: gkozen@robinskaplan.com
*ATTORNEY TO BE NOTICED*

**Hannah R. Lazarz**
Lieff, Cabraser, Heimann & Bernstein, LLP
(Nashville Office)
222 2nd Avenue South
Suite 1640
Nashville, TN 37201
(765) 418–7273
Email: hlazarz@lchb.com
*ATTORNEY TO BE NOTICED*

**Isabella De Lisi**
Scott + Scott, LLP (CT Office)
156 S Main Street
P O Box 192
Colchester, CT 06415
860–537–5537
Email: idelisi@scott–scott.com
*ATTORNEY TO BE NOTICED*

**J. Austin Hurt**
Robins Kaplan LLP
800 Lasalle Avenue
Suite 2800
Minneapolis, MN 55402–2015
(612) 349–8500
Fax: (612) 339–4181
Email: ahurt@robinskaplan.com
*ATTORNEY TO BE NOTICED*

**Javier Asis Lopez**
Kozyak Tropin & Throckmorton PA
2525 Ponce De Leon Blvd
Suite 900
Coral Gables, FL 33134
305–372–1800
Fax: 305–372–3508
Email: jal@kttlaw.com
*ATTORNEY TO BE NOTICED*

**Jennifer W Sprengel**
CAFFERTY CLOBES MERIWETHER &
SPRENGEL LLP
135 S. LaSalle
Suite 3210
Chicago, IL 60603
312–782–4880
Fax: 312–782–4485

Email: jsprengel@caffertyclobes.com
*ATTORNEY TO BE NOTICED*

**Joseph R. Saveri**
Joseph Saveri Law Firm, LLP
601 California St.
Suite 1000
San Francisco, CA 94108
(415) 500−6800
Fax: (415) 395−9940
Email: jsaveri@saverilawfirm.com
*ATTORNEY TO BE NOTICED*

**Kate Lv**
Korein Tillery, PC
707 Broadway
Suite1410
San Diego, CA 92101
619−625−5621
Fax: 314−241−3525
Email: klv@koreintillery.com
*ATTORNEY TO BE NOTICED*

**Katie R Beran**
HAUSFELD LLP (PA)
325 CHESTNUT ST
STE 900
PHILADELPHIA, PA 19106
215−985−3270
Fax: 215−985−3271
Email: kberan@hausfeld.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kenneth S. Byrd**
Lieff, Cabraser, Heimann & Bernstein, LLP
(Nashville Office)
222 2nd Avenue South
Suite 1640
Nashville, TN 37201
(615) 313−9000
Fax: (615) 313−9965
Email: kbyrd@lchb.com
*ATTORNEY TO BE NOTICED*

**Kevin E. Rayhill**
Joseph Saveri Law Firm, LLP
601 California Street, Suite 1000
Suite 1000
San Francisco, CA 94108
415−500−6800
Email: krayhill@saverilawfirm.com
*ATTORNEY TO BE NOTICED*

**Mark P. Chalos**

Lieff, Cabraser, Heimann & Bernstein, LLP
(Nashville Office)
222 2nd Avenue South
Suite 1640
Nashville, TN 37201
(615) 313–9000
Email: mchalos@lchb.com
*ATTORNEY TO BE NOTICED*

**Michael Srodoski**
Scott + Scott, LLP (CT Office)
156 S Main Street
P O Box 192
Colchester, CT 06415
(860) 537–5537
Fax: (860) 537–4432
Email: msrodoski@scott–scott.com
*ATTORNEY TO BE NOTICED*

**Michaela L. Wallin**
BERGER MONTAGUE PC (PA)
1818 MARKET ST
STE 3600
PHILADELPHIA, PA 19103
(215) 875–5819
Email: mwallin@bm.net
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick J. Coughlin**
Scott & Scott Attorneys at Law LLP
600 W. Broadway
Ste 3300
San Diego, CA 92101
619–233–4565
Fax: 619–233–0508
Email: pcoughlin@scott–scott.com
*ATTORNEY TO BE NOTICED*

**Patrick J. McGahan**
Scott + Scott, LLP (CT Office)
156 S Main Street
P O Box 192
Colchester, CT 06415
(860) 537–5537
Email: pmcgahan@scott–scott.com
*ATTORNEY TO BE NOTICED*

**Peter Demato**
Lowey Dannenberg, PC
44 South Broadway
Suite 1100
White Plains, NY 10601
(914) 997–0500
Fax: (914) 997–0035

Email: pdemato@lowey.com
*ATTORNEY TO BE NOTICED*

**Radhika Gupta**
Lowey Dannenberg, PC
44 South Broadway
Suite 1100
White Plains, NY 10601
(914) 997–0500
Fax: (914) 997–0035
Email: rgupta@lowey.com
*ATTORNEY TO BE NOTICED*

**Shashi K Gowda**
Email: sgowda@gustafsongluek.com
*ATTORNEY TO BE NOTICED*

**Stacey Slaughter**
Robins Kaplan LLP
800 Lasalle Avenue
Suite 2800
Minneapolis, MN 55402–2015
(612) 349–8500
Email: sslaughter@robinskaplan.com
*ATTORNEY TO BE NOTICED*

**Stephanie A. Chen**
Email: SChen@RobinsKaplan.com
*ATTORNEY TO BE NOTICED*

**Steve W. Berman**
Hagens, Berman, Sobol, Shapiro, LLP (Seattle
Office)
1301 Second Avenue
Suite 2000
Seattle, WA 98101
(206) 623–7292
Fax: (206) 623–0594
Email: steve@hbsslaw.com
*ATTORNEY TO BE NOTICED*

**Steven Noel Williams**
Joseph Saveri Law Firm, LLP
601 California Street
Suite 1000
San Francisco, CA 94108
415–500–6800
Email: swilliams@saverilawfirm.com
*TERMINATED: 12/27/2023*

**Swathi Bojedla**
HAUSFELD LLP (DC)
Hausfeld LLP
888 16TH ST
STE 300

WASHINGTON, DC 20006
202−540−7200
Fax: 202−540−7201
Email: sbojedla@hausfeld.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas J. Undlin**
Robins Kaplan LLP
800 Lasalle Avenue
Suite 2800
Minneapolis, MN 55402−2015
(612) 349−8706
Fax: (612) 339−4181
Email: tundlin@robinskaplan.com
*ATTORNEY TO BE NOTICED*

**Tricia R. Herzfeld**
Herzfeld Suetholz Gastel Leniski and Wall,
PLLC
223 Rosa L. Parks Avenue
Suite 300
Nashville, TN 37203
(615) 800−6225
Email: tricia@hsglawgroup.com
*ATTORNEY TO BE NOTICED*

**Vincent Briganti**
Lowey Dannenberg, PC
44 South Broadway
Suite 1100
White Plains, NY 10601
(914) 997−0500
Fax: (914) 997−0035
Email: vbriganti@lowey.com
*ATTORNEY TO BE NOTICED*

**Walter W Noss**
Korein Tillery PC
707 Broadway
707 Broadway, Ste. 1410
San Diego, CA 92101
(619) 625−5622
Email: wnoss@koreintillery.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**RealPage, Inc.**                                     represented by   **Ryan Thomas Holt**
*TERMINATED: 03/07/2024*                                                Sherrard Roe Voigt & Harbison, PLC
                                                                        150 Third Avenue South
                                                                        Suite 1100

Nashville, TN 37201
(615) 742–4512
Fax: (615) 742–4539
Email: rholt@srvhlaw.com

**Defendant**

**Thoma Bravo Fund XIII, L.P.**                    represented by **Alistair Blacklock**
*TERMINATED: 03/07/2024*                                        Kirkland & Ellis
                                                               555 California Street
                                                               27th Floor
                                                               San Francisco, CA 94104
                                                               415–439–1695
                                                               Email: alistair.blacklock@kirkland.com

                                                               **James Mutchnik**
                                                               Kirkland & Ellis, LLP (Chicago Office)
                                                               300 N LaSalle
                                                               Chicago, IL 60654
                                                               312–862–2000
                                                               Email: jmutchnik@kirkland.com

                                                               **Mark McKane**
                                                               Kirkland & Ellis
                                                               555 California Street
                                                               27th Floor
                                                               San Francisco, CA 94104
                                                               415–439–1473
                                                               Email: mark.mckane@kirkland.com

                                                               **Ryan Thomas Holt**
                                                               (See above for address)

**Defendant**

**Thoma Bravo Fund XIV, L.P.**                     represented by **Alistair Blacklock**
*TERMINATED: 03/07/2024*                                        (See above for address)

                                                               **James Mutchnik**
                                                               (See above for address)

                                                               **Mark McKane**
                                                               (See above for address)

                                                               **Ryan Thomas Holt**
                                                               (See above for address)

**Defendant**

**THOMA BRAVO, L.P.**                              represented by **Alistair Blacklock**
*TERMINATED: 03/07/2024*                                        (See above for address)

                                                               **James Mutchnik**
                                                               (See above for address)

                                                               **Mark McKane**

(See above for address)

**Ryan Thomas Holt**
(See above for address)

**Defendant**

**Apartment Income REIT Corp**  
*TERMINATED: 03/07/2024*

represented by **Kathryn Reilly**  
Wheeler Trigg O'Donnell LLP  
370 17th Street  
Suite 4500  
Denver, CO 80202  
303–244–1800  
Email: reilly@wtotrial.com

**Ryan Thomas Holt**  
(See above for address)

**Defendant**

**ALLIED ORION GROUP, LLC**  
*TERMINATED: 12/06/2023*

represented by **Ryan Thomas Holt**  
(See above for address)

**Defendant**

**Apartment Management Consultants, LLC**  
*TERMINATED: 03/07/2024*

represented by **Amy F. Sorenson**  
Snell & Wilmer, LLP  
15 W South Temple #1200  
Salt Lake City, UT 84101  
(801) 257–1907  
Email: asorenson@swlaw.com

**Colin P. Ahler**  
Snell & Wilmer, LLP  
One East Washington Street #2700  
Phoenix, AZ 85004  
(602) 382–6586  
Email: cahler@swlaw.com

**Sarah Byer Miller**  
Bass, Berry & Sims (Nashville Office)  
150 Third Avenue South  
Suite 2800  
Nashville, TN 37201  
(615) 742–7802  
Fax: (615) 742–4144  
Email: smiller@bassberry.com

**Defendant**

**Avenue5 Residential, LLC**  
*TERMINATED: 03/07/2024*

represented by **James Granger Kress**  
Baker Botts LLP  
700 K St N.W.  
Washington, DC 20001  
202–639–7884  
Fax: 202–639–1159

Email: james.kress@bakerbotts.com

**Paul Christopher Cuomo**
Baker Botts LLP
700 K St N.W.
Washington, DC 20001
202−639−7923
Email: paul.cuomo@bakerbotts.com

**Defendant**

**Bell Partners Inc.**                    represented by    **Margaret M. Siller**
*TERMINATED: 03/07/2024*                                   Maynard Nexsen P.C.
                                                           1131 4th Avenue S
                                                           Suite 320
                                                           Nashville, TN 37210
                                                           (629) 258−2253
                                                           Email: msiller@maynardnexsen.com

                                                           **Marguerite S. Willis**
                                                           Maynard Nexsen PC
                                                           1230 Main Street
                                                           Suite 700
                                                           Columbia, SC 29201
                                                           (803) 253−8265
                                                           Email: mwillis@maynardnexsen.com

                                                           **Mark C. Moore**
                                                           Maynard Nexsen P.C.
                                                           1230 Main Street
                                                           Suite 700
                                                           Columbia, SC 29201
                                                           (803) 540−2146
                                                           Email: mmoore@maynardnexsen.com

                                                           **Michael Antonio Parente**
                                                           Maynard Nexsen P.C.
                                                           1230 Main Street
                                                           Suite 700
                                                           Columbia, SC 29201
                                                           803−253−8247
                                                           Email: mparente@maynardnexsen.com

                                                           **Ryan Thomas Holt**
                                                           (See above for address)

                                                           **Travis C. Wheeler**
                                                           Maynard Nexsen P.C.
                                                           1230 Main Street
                                                           Suite 700
                                                           Columbia, SC 29201
                                                           (803) 540−2117
                                                           Email: twheeler@maynardnexsen.com

**Defendant**

**BH Management Services, LLC**
*TERMINATED: 03/07/2024*

represented by **Patrick Jones**
O'Melveny & Myers LLP
1625 Eye Street, NW
Washington, DC 20006
202–383–5300
Email: pjones@omm.com

**Ryan Thomas Holt**
(See above for address)

**Defendant**

**Bozzuto Management Company**
*TERMINATED: 03/07/2024*

represented by **Caroline D. Spore**
Bradley Arant Boult Cummings LLP (Nashville, TN Office)
1221 Broadway
Suite 2400
Nashville, TN 37203
615–252–3806
Email: cspore@bradley.com

**Charles E. Elder**
Bradley Arant Boult Cummings LLP (Nashville, TN Office)
1221 Broadway
Suite 2400
Nashville, TN 37203
615–252–3597
Email: celder@bradley.com

**Faranak Tabatabai Asl**
Hughes, Hubbard & Reed, LLP (NY Office)
One Battery Park Plaza
New York, NY 10004–1980
(212) 837–6296
Email: fara.tabatabai@hugheshubbard.com

**Ryan Thomas Holt**
(See above for address)

**Defendant**

**Brookfield Properties Multifamily LLC**
*TERMINATED: 03/07/2024*

represented by **Edward Steele Clayton , IV**
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
615–742–6200
Email: sclayton@bassberry.com

**Jeffrey L. White**
Weil, Gotshal & Manges LLP
2001 M Street, N.W.
Washington, DC 20036
202–682–7059

Email: jeff.white@weil.com

**Jeremy A. Gunn**
Bass, Berry & Sims (Nashville Office)
150 Third Avenue South
Suite 2800
Nashville, TN 37201
615–742–7713
Email: jeremy.gunn@bassberry.com

**Robert W. Taylor**
Weil, Gotshal & Manges (NY Office)
767 Fifth Avenue
New York, NY 10153
(212) 310–8796
Email: Robert.Taylor@weil.com

**Ryan Thomas Holt**
(See above for address)

**Yehudah L. Buchweitz**
Weil, Gotshal & Manges (NY Office)
767 Fifth Avenue
New York, NY 10153
(212) 310–8256
Email: yehudah.buchweitz@weil.com

**Defendant**

**Camden Property Trust**                    represented by  **Ryan Thomas Holt**
*TERMINATED: 03/07/2024*                                     (See above for address)

**Defendant**

**CH Real Estate Services LLC**              represented by  **Andrew B. Dickson**
*TERMINATED: 03/07/2024*                                     Venable LLP
                                                             Litigation
                                                             600 Massachusetts Avenue, NW
                                                             Washington, DC 20001
                                                             202–344–4231
                                                             Email: abdickson@venable.com

                                                             **Danielle R. Foley**
                                                             Venable, LLP
                                                             600 Massachusetts Avenue, NW
                                                             Washington, DC 20001
                                                             202–344–4343
                                                             Fax: 202–344–8300
                                                             Email: drfoley@venable.com

                                                             **Ryan Thomas Holt**
                                                             (See above for address)

                                                             **Victoria L. Glover**
                                                             Venable, LLP

600 Massachusetts Avenue, NW
Washington, DC 20001
202–344–4566
Email: VLGlover@Venable.com

**Defendant**

**CONAM Management Corporation**
*TERMINATED: 02/06/2024*

represented by **Benjamin R Nagin**
SIDLEY AUSTIN LLP (NY)
787 SEVENTH AVE
NEW YORK, NY 10019
(212) 839–5911
Email: bnagin@sidley.com

**Ryan Thomas Holt**
(See above for address)

**Defendant**

**Conti Capital**
*TERMINATED: 09/11/2023*

**Defendant**

**TF Cornerstone Inc**
*TERMINATED: 09/11/2023*

**Defendant**

**Cortland Management, LLC**
*TERMINATED: 03/07/2024*

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**CWS Apartment Homes LLC**
*TERMINATED: 03/07/2024*

represented by **Michael K Molzberger**
ArentFox Schiff LLP
233 S. Wacker Dr.
Suite 7100
Chicago
Chicago, IL 60606
312–258–5871
Email: michael.molzberger@afslaw.com

**Ryan Thomas Holt**
(See above for address)

**Defendant**

**Dayrise Residential, LLC**
*TERMINATED: 09/11/2023*

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**Equity Residential**
*TERMINATED: 09/11/2023*

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**Essex Property Trust, Inc.**
*TERMINATED: 02/06/2024*

represented by **Joy O. Siu**
Sheppard Mullin Richter Hampton LLP
4 Embarcadero Center
17th Floor
San Francisco, CA 94111
415−774−3108
Email: jsiu@sheppardmullin.com

**Ryan Thomas Holt**
(See above for address)

**Defendant**

**FPI Management, Inc.**
*TERMINATED: 03/07/2024*

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**Greystar Management Services, L.P.**
*TERMINATED: 09/11/2023*

**Defendant**

**Highmark Residential, LLC**
*TERMINATED: 03/07/2024*

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**Independence Realty Trust, Inc.**
*TERMINATED: 03/07/2024*

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**Kairoi Management, LLC**
*TERMINATED: 09/11/2023*

represented by **Eliot Fielding Turner**
Norton Rose Fulbright US LLP
1301 McKinney
Suite 5100
Houston, TX 77010
(713) 651−5113
Email: eliot.turner@nortonrosefulbright.com

**Ryan Thomas Holt**
(See above for address)

**Defendant**

**Knightvest Residential**
*TERMINATED: 03/07/2024*

represented by **Cliff A. Wade**
Baker Lopez
5728 LBJ Freeway
Ste. 150
Dallas, TX 75240
(469) 206−9384
Email: cliff.wade@bakerlopez.com

**Ryan Thomas Holt**
(See above for address)

**Defendant**

**Lantower Luxury Living LLC**
*TERMINATED: 09/11/2023*

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**Lincoln Property Company**
*TERMINATED: 03/07/2024*

represented by **Becky L. Caruso**
Greenberg Traurig LLP
500 Campus Drive
Suite 400
Florham Park, NJ 07932
(973) 443–3252
Email: Becky.Caruso@gtlaw.com

**Emily W. Collins**
Greenberg Traurig LLP
300 West 6th Street
Suite 2050
Austin, TX 78701
(512) 320–7274
Email: Emily.Collins@gtlaw.com

**Robert J. Herrington**
Greenberg Traurig LLP
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
(310) 586–7816
Email: Robert.Herrington@gtlaw.com

**Ryan Thomas Holt**
(See above for address)

**Defendant**

**Lyon Management Group, Inc.**
*TERMINATED: 08/14/2023*

**Defendant**

**MidAmerica Apartment Communities, Inc.**

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**Mission Rock Residential, LLC**
*TERMINATED: 03/07/2024*

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**Morgan Properties Management Company, LLC**
*TERMINATED: 03/07/2024*

represented by **Jeffrey Bank**
Wilson Sonsini Goodrich & Rosati
1700 K Street NW
Fifth Floor
Washington, DC 20006

(212) 497–7761
Email: jbank@wsgr.com

**Rachael Racine**
Wilson Sonsini Goodrich & Rosati
1301 Avenue of the Americas
40th Floor
New York, NY 10019
212–497–7766
Email: rracine@wsgr.com

**Ryan Thomas Holt**
(See above for address)

## Defendant

**Pinnacle Property Management Services, LLC**
*TERMINATED: 03/07/2024*

represented by **Kenneth Reinker**
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
202–974–1743
Email: kreinker@cgsh.com

**Ryan Thomas Holt**
(See above for address)

## Defendant

**Prometheus Real Estate Group, Inc.**
*TERMINATED: 03/07/2024*

represented by **Heather T Rankie**
ZELLE LLP (OAKLAND)
555 12TH ST
STE 1230
OAKLAND, CA 94607
(415) 693–0700
Fax: (415) 693–0770
Email: hrankie@zellelaw.com
*PRO HAC VICE*

**Judith A Zahid**
ZELLE LLP (OAKLAND)
555 12TH ST
STE 1230
OAKLAND, CA 94607
(415) 693–0700
Fax: (415) 693–0770
Email: jzahid@zellelaw.com
*PRO HAC VICE*

**Ryan Thomas Holt**
(See above for address)

## Defendant

**The Related Companies L.P.**
*TERMINATED: 09/11/2023*

represented by **Jennifer S. Rusie**
Jackson Lewis P.C. (Nashville Office)
611 Commerce Street

Suite 3102
Nashville, TN 37203
(615) 483–5702
Fax: (615) 206–2244
Email: jennifer.rusie@jacksonlewis.com

**Ryan Thomas Holt**
(See above for address)

**Defendant**

**Related Management Company L.P.**              represented by   **Jennifer S. Rusie**
*TERMINATED: 03/07/2024*                                         (See above for address)

**Ryan Thomas Holt**
(See above for address)

**Defendant**

**Rose Associates Inc**                          represented by   **Hannah Brown**
Gordon Rees Scully Mansukhani LLP (Denver
Office)
555 17th Street
Ste 3400
Denver, CO 80202
303–200–6874
Email: hbrown@grsm.com
*ATTORNEY TO BE NOTICED*

**Jacquelyne D. Fiala**
Gordon Rees Scully Mansukhani, LLP
Nashville Office
4031 Aspen Grove Drive
Suite 290
Nashville, TN 37214
662–701–0638
Email: jfiala@grsm.com
*ATTORNEY TO BE NOTICED*

**Richard P. Sybert**
Gordon Rees Scully Mansukhani, LLP (San
Diego)
101 W Broadway
Suite 2000
San Diego, CA 92101
619–230–7768
Fax: 619–696–7124
Email: rsybert@gordonrees.com
*ATTORNEY TO BE NOTICED*

**Ryan Thomas Holt**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**RPM Living, LLC**
*TERMINATED: 03/07/2024*

represented by **David Alan Walton**
Bell Nunnally & Martin LLP
2323 Ross Avenue
Suite 1900
Dallas, TX 75201
(214) 740−1445
Fax: (214) 740−1445
Email: dwalton@bellnunnally.com

**Ryan Thomas Holt**
(See above for address)

**Defendant**

**Sares Regis Group Commercial, Inc.**
*TERMINATED: 03/07/2024*

represented by **Gibeault C. Creson**
Sims Funk, PLC
3322 West End Avenue
Suite 200
Nashville, TN 37203
615−292−9335
Fax: 615−649−8565
Email: bcreson@simsfunk.com

**Patrick E. Breen**
Allen Matkins Leck Gamble Mallory & Natsis
LLP
865 South Figueroa Street
Suite 2800
Los Angeles, CA 90017
(213) 622−5555
Email: pbreen@allenmatkins.com

**Ryan Thomas Holt**
(See above for address)

**Scott W. Perlin**
Allen Matkins Leck Gamble Mallory & Natsis
LLP
600 West Broadway
27th Floor
San Diego, CA 92101
(619) 233−1155
Email: sperlin@allenmatkins.com

**Valentine S. Hoy**
Allen Matkins Leck Gamble Mallory & Natsis
LLP
600 West Broadway
27th Floor
San Diego, CA 92101
(619) 233−1155
Email: vhoy@allenmatkins.com

**Defendant**

**Security Properties Inc.**
*TERMINATED: 09/11/2023*

**Defendant**

**Sherman Associates, Inc.**
*TERMINATED: 02/06/2024*

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**Simpson Property Group, LLC**
*TERMINATED: 03/07/2024*

represented by **Ryan Thomas Holt**
(See above for address)

**William Cole Geddy**
McGuire Woods LLP
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
804−775−1128
Email: cgeddy@mcguirewoods.com

**Defendant**

**Thrive Communities Management, LLC**
*TERMINATED: 09/11/2023*

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**Crow Holdings, LP**
*TERMINATED: 03/07/2024*

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**Trammell Crow Residential Company**
*TERMINATED: 03/07/2024*

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**B/T Washington LLC**
*TERMINATED: 09/11/2023*

**Defendant**

**UDR, Inc.**
*TERMINATED: 03/07/2024*

represented by **David D Cross**
MORRISON & FOERSTER LLP
2100 L ST NW
STE 900
WASHINGTON, DC 20037
202−887−1500
Fax: 202−887−0763
Email: dcross@mofo.com
*PRO HAC VICE*

**Defendant**

**Windsor Property Management Company**
*TERMINATED: 03/07/2024*

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**WINNCOMPANIES LLC**
*TERMINATED: 03/07/2024*

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**WinnResidential Manager Corp.**
*TERMINATED: 03/07/2024*

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**ZRS Management, LLC**
*TERMINATED: 03/07/2024*

represented by **Bethany Carroll**
Baker Donelson (AL)
1901 Sixth Avenue North
Suite 1400
Birmingham, AL 35203
615–456–4570
Email: bcarroll@bakerdonelson.com
*PRO HAC VICE*

**Ryan Thomas Holt**
(See above for address)

**Defendant**

**CONTI Texas Organization, Inc., d/b/a CONTI Capital**
*TERMINATED: 03/07/2024*

represented by **Ryan Thomas Holt**
(See above for address)

**Defendant**

**Greystar Management Services, LLC**
*TERMINATED: 03/07/2024*

represented by **Adam Gabriel Kochman**
Skadden, Arps, Slate, Meagher & Flom LLP
(New York)
One Manhattan West
New York, NY 10001
212–735–2589
Email: adam.kochman@skadden.com

**Boris Bershteyn**
Skadden, Arps, Slate, Meagher & Flom LLP
(New York)
One Manhattan West
New York, NY 10001
212–735–3834
Email: boris.bershteyn@skadden.com

**Evan Kreiner**
Skadden, Arps, Slate, Meagher & Flom LLP
(New York)
One Manhattan West
New York, NY 10001
212–735–2491
Email: evan.kreiner@skadden.com

**F. Laurens Brock**
Adams and Reese LLP
1600 West End Avenue
Suite 1400
Nashville, TN 37203
615–259–1450
Fax: 615–259–1470
Email: larry.brock@arlaw.com

**Joshua C. Cumby**
Adams and Reese LLP (Nashville–Church
Street)
424 Church Street
Suite 2700
Nashville, TN 37219–0058
(615) 259–1024
Fax: (615) 780–0024
Email: Joshua.Cumby@arlaw.com

**Karen Hoffman Lent**
Skadden, Arps, Slate, Meagher & Flom LLP
(New York)
One Manhattan West
New York, NY 10001
212–735–3000
Email: karen.lent@skadden.com

**Rocklan W. King , III**
Adams and Reese LLP
1600 West End Avenue
Suite 1400
Nashville, TN 37203
615–259–1450
Email: rocky.king@arlaw.com

**Ryan Thomas Holt**
(See above for address)

**Sam Auld**
Skadden, Arps, Slate, Meagher & Flom LLP
(New York)
One Manhattan West
New York, NY 10001
212–735–2044
Email: sam.auld@skadden.com

**Defendant**

**Security Properties Residential, LLC**            represented by **Ryan Thomas Holt**
*TERMINATED: 03/07/2024*                                          (See above for address)

**Defendant**

**ECI Group, Inc.**                                 represented by **Ryan Thomas Holt**
*TERMINATED: 10/31/2023*                                          (See above for address)

**Defendant**

**ECI Management, LLC**
*TERMINATED: 03/07/2024*

represented by **Ryan Thomas Holt**
(See above for address)

**Interested Party**

**United States of America**

represented by **Michael Charles Tackeff**
U.S. Attorney's Office (Nashville)
719 Church Street
Suite 3300
Nashville, TN 37203
(615) 736–5151
Email: michael.tackeff@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Yixi (Cecilia) Cheng**
U.S. Department of Justice, Antitrust Division
950 Pennsylvania Avenue NW, #3224
Washington, DC 20530
202–598–2344
Email: yixi.cheng@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/24/2023 | Ï 1 | CLASS ACTION COMPLAINT against All Defendants (Filing fee $402, Receipt number ATNMDC–3871749), filed by Joshua Kabisch. (Attachments: # 1 Attachment Civil Case Coversheet)(lh) Modified on 7/26/2023 (lh). (Entered: 07/26/2023) |
| 07/26/2023 | Ï 2 | PRACTICE AND PROCEDURES NOTICE: The Court provides this Practice and Procedure Notice that applies to all actions transferred to this Court as part of the above–captioned matter, as well as all related actions originally filed in, transferred to, or removed to this Court. (lh) (Entered: 07/26/2023) |
| 07/28/2023 | Ï 3 | [*** VACATED BY ORDER (475)***] ORDER: As requested by the Court, certain parties have indicated their willingness to mediate before Chancellor Ellen Hobbs Lyle. The Court approves and appoints Chancellor Lyle to mediate those cases. After further consideration, the Court believes that those Defendants in four cases would also benefit from early mediation before Chancellor Lyle. To prepare for the mediation on October 24, 2023, the Court hereby sets a telephone conference call at 4:00 p.m. Central Standard Time on Monday, July 31, 2023. The participants shall be Sam Funk, Jay P. Srinivasan, and Patrick Coughlin. Chancellor Lyle will be on the conference call. Other defense counsel who wish to participate in the call shall notify the Court no later than noon on July 31, 2023, by calling Kelly Parise or Melissa Seay at 615–736–7013. IT IS SO ORDERED. Signed by Chief Judge Waverly D. Crenshaw, Jr on 07/28/2023. Associated Cases: 3:23–md–03071 and ALL MEMBER CASES**(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) Modified on 8/4/2023 (lh). (Entered: 07/28/2023) |
| 07/28/2023 | Ï 4 | ORDER: As requested by the Court, the parties have identified acceptable mediators (Doc. No. 404). The Court approves and appoints the Honorable Layn R. Phillips to mediate cases with Defendants who are in 4 or more cases. To prepare for the mediation the Court hereby sets a telephone conference call on Tuesday, August 1, 2023 at 10:00 a.m. Central Standard Time. The participants shall be Jay P. Srinivasan and Patrick Coughlin. Judge Phillips will be on the conference call. Other counsel who wish to participate in the call shall notify the Court no later |

| | | than noon on July 31, 2023, by calling Kelly Parise or Melissa Seay at 615–736–7013. IT IS SO ORDERED. Signed by Chief Judge Waverly D. Crenshaw, Jr on 07/28/2023. Associated Cases: 3:23–md–03071 and ALL MEMBER CASES**(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 07/28/2023) |
|---|---|---|
| 07/31/2023 | Ï 5 | NOTICE of Appearance by Benjamin R Nagin on behalf of CONAM Management Corporation Associated Cases: 3:23–md–03071, 3:23–cv–00326, 3:23–cv–00330, 3:23–cv–00339, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00381, 3:23–cv–00389, 3:23–cv–00414, 3:23–cv–00440, 3:23–cv–00742(Nagin, Benjamin) (Entered: 07/31/2023) |
| 07/31/2023 | Ï 6 | REPLY to Response to re (110 in 3:23–cv–00334, 89 in 3:23–cv–00440, 137 in 3:23–cv–00358, 66 in 3:23–cv–00419, 166 in 3:23–cv–00378, 117 in 3:23–cv–00336, 148 in 3:23–cv–00331, 83 in 3:23–cv–00415, 98 in 3:23–cv–00388, 115 in 3:23–cv–00381, 149 in 3:23–cv–00329, 16 in 3:23–cv–00552, 206 in 3:23–cv–00339, 124 in 3:23–cv–00379, 141 in 3:23–cv–00391, 132 in 3:23–cv–00338, 138 in 3:23–cv–00411, 106 in 3:23–cv–00356, 323 in 3:23–md–03071, 133 in 3:22–cv–01082, 176 in 3:23–cv–00326, 107 in 3:23–cv–00335, 321 in 3:23–cv–00330, 97 in 3:23–cv–00414, 80 in 3:23–cv–00344, 132 in 3:23–cv–00390, 75 in 3:23–cv–00445, 89 in 3:23–cv–00412, 77 in 3:23–cv–00416, 123 in 3:23–cv–00332, 158 in 3:23–cv–00389, 162 in 3:23–cv–00357, 122 in 3:23–cv–00380, 138 in 3:23–cv–00410, 142 in 3:23–cv–00337, 189 in 3:23–cv–00333, 88 in 3:23–cv–00377, 89 in 3:23–cv–00345, 104 in 3:23–cv–00413, 156 in 3:23–cv–00387) MOTION to Dismiss for Failure to State a Claim *as to LRO and Against the LRO Defendants* filed by Equity Residential. (Attachments: # 1 Exhibit A – Complaint with Highlighted Allegations Cited by Plaintiffs)Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757(Hittinger, Carl) (Entered: 07/31/2023) |
| 07/31/2023 | Ï 7 | REPLY to Response to re (344 in 3:23–md–03071) MOTION to Dismiss for Failure to State a Claim *as to Agency Liability* filed by Avenue5 Residential LLC, Avenue5 Residential, LLC, Bozzuto Management Company, FPI Management Inc, FPI Management, Inc., Pinnacle Property Management Services LLC, Pinnacle Property Management Services, LLC, ZRS Management LLC, ZRS Management, LLC. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757(Reinker, Kenneth) (Entered: 07/31/2023) |
| 08/01/2023 | Ï 8 | ORDER granting (367) Motion to Withdraw. Motion (367) is GRANTED and Doc. No. 364 shall be withdrawn. Signed by Chief Judge Waverly D. Crenshaw, Jr on 8/1/2023. Associated Cases: 3:23–md–03071 and ALL MEMBER CASES**(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 08/01/2023) |

| 08/01/2023 | Ï 9 | BUSINESS ENTITY DISCLOSURE STATEMENT filed by CONAM Management Corporation. Associated Cases: 3:23–md–03071, 3:23–cv–00326, 3:23–cv–00330, 3:23–cv–00339, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00381, 3:23–cv–00389, 3:23–cv–00414, 3:23–cv–00440, 3:23–cv–00742(Nagin, Benjamin) (Entered: 08/01/2023) |
|---|---|---|
| 08/03/2023 | Ï 10 | NOTICE by AIR COMMUNITIES REIT CORP, ALLIED ORION GROUP, LLC, Brookfield Properties Multifamily LLC, Brookfield Residential Properties LLC, CA Ventures Global Services LLC, CONAM Management Corporation, Campus Advantage Inc, Cardinal Group Holdings LLC, Conti Capital, Crow Holdings, LP, Dayrise Residential, LLC, ESSEX PROPERTY TRUST, Kairoi Management, LLC, Knightvest Residential, Lantower Luxury Living LLC, Lyon Management Group, Inc., Prometheus Real Estate Group, Prometheus Real Estate Group Inc, Prometheus Real Estate Group, Inc., Related Management Company L.P., Rose Associates Inc, Sherman Associates, Inc., Simpson Property Group LLLP, Simpson Property Group, LLC, The Related Companies L.P., The Related Companies, Inc., Timberline Real Estate Ventures LLC, Windsor Property Management Company, WinnResidential Manager Corp., Winncompanies, LLC *Second Notice Pursuant to Paragraph 10 of the June 1, 2023 Order Concerning Defendants Participating in Early Mediation* Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757(Grimes, Robert) (Entered: 08/03/2023) |
| 08/03/2023 | Ï 11 | NOTICE by AIR COMMUNITIES REIT CORP, ALLIED ORION GROUP, LLC, Brookfield Properties Multifamily LLC, Brookfield Residential Properties LLC, CA Ventures Global Services LLC, CH Real Estate Services LLC, CONAM Management Corporation, Campus Advantage Inc, Cardinal Group Holdings LLC, Conti Capital, Crow Holdings, LP, Dayrise Residential, LLC, ESSEX PROPERTY TRUST, Kairoi Management, LLC, Knightvest Residential, Lantower Luxury Living LLC, Lyon Management Group, Inc., Morgan Properties Management Company, LLC, Prometheus Real Estate Group, Prometheus Real Estate Group Inc, Prometheus Real Estate Group, Inc., Related Management Company L.P., Rose Associates Inc, Sherman Associates, Inc., Simpson Property Group LLLP, Simpson Property Group, LLC, The Related Companies L.P., The Related Companies, Inc., Timberline Real Estate Ventures LLC, Windsor Property Management Company, WinnResidential Manager Corp., Winncompanies, LLC *Amended Second Notice Pursuant to Paragraph 10 of the June 1, 2023 Order Concerning Defendants Participating in Early Mediation* Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757(Baldridge, J.) (Entered: 08/03/2023) |
| 08/04/2023 | Ï 12 | ORDER: All counsel who plan to attend the status conference at 9:00 a.m. on Monday, August 7, 2023, shall notify the Court by filing a Notice of Attendance by 2:00 p.m. (CST) today. IT IS SO ORDERED. Signed by Chief Judge Waverly D. Crenshaw, Jr on 8/4/2023. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, |

| | | |
|---|---|---|
| | | 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757(af) (Entered: 08/04/2023) |
| 08/04/2023 | Ï 13 | ORDER: The Court VACATES its Order dated July 28, 2023, (Doc. No. 432) and approves and appoints Clay Cogman at Phillips ADR to mediate those Defendants in four cases or less, pursuant to the parties agreement. (Doc. No. 467). At the request of former Chancellor Ellen Hobbs Lyle, she is relieved as mediator.IT IS SO ORDERED. Signed by Chief Judge Waverly D. Crenshaw, Jr on 08/04/2023. Associated Cases: 3:23–md–03071 and ALL MEMBER CASES **(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 08/04/2023) |
| 08/04/2023 | Ï 14 | NOTICE of Summons to be Issued as to (Attachments: # 1 Attachment Allied Orion Group. LLC, # 2 Attachment Apartment Income REIT Corp, # 3 Attachment Apartment Management Consultants, LLC, # 4 Attachment Avenue5 Residential, LLC, # 5 Attachment Bell Partners, Inc., # 6 Attachment BH Management Services, LLC, # 7 Attachment Bozzuto Management Company, # 8 Attachment Brookfield Properties Multifamily LLC, # 9 Attachment BT Washington, # 10 Attachment Camden Property Trust, # 11 Attachment CH Real Estate Services, LLC, # 12 Attachment Conam Management Corporation, # 13 Attachment Conti Capital, # 14 Attachment Cortland Management, LLC, # 15 Attachment Crow Holdings, LP, # 16 Attachment CWS Apartment Homes LLC, # 17 Attachment Dayrise Residential, LLC, # 18 Attachment Equity Residential, # 19 Attachment Essex Property Trust, Inc., # 20 Attachment FPI Management, Inc., # 21 Attachment Greystar Management Services, LP, # 22 Attachment Highmark Residential, LLC, # 23 Attachment Independence Realty Trust, # 24 Attachment Kairoi Management, LLC, # 25 Attachment Knightvest Residential, # 26 Attachment Lantower Luxury Living, LLC, # 27 Attachment Lincoln Property Company, # 28 Attachment Lyon Management Group, Inc., # 29 Attachment Mid–America Apartment Communities, Inc., # 30 Attachment Mission Rock Residential, LLC, # 31 Attachment Morgan Properties Management Company, LLC, # 32 Attachment Pinnacle Property Management Services, LLC, # 33 Attachment Prometheus Real Estate Group, Inc., # 34 Attachment RealPage, Inc., # 35 Attachment Related Management Company, L.P., # 36 Attachment Rose Associates, Inc., # 37 Attachment RPM Living, LLC, # 38 Attachment Sares Regis Group Commercial, Inc., # 39 Attachment Security Properties Inc, # 40 Attachment Sherman Associates, Inc., # 41 Attachment Simpson Property Group, LLC, # 42 Attachment TF Cornerstone, Inc., # 43 Attachment The Related Companies L.P., # 44 Attachment Thoma Bravo Fund XIII, L.P., # 45 Attachment Thoma Bravo Fund XIV, L.P., # 46 Attachment Thomas Bravo L.P., # 47 Attachment Thrive Communities Management, LLC, # 48 Attachment Trammell Crow Residential Company, # 49 Attachment UDR, Inc., # 50 Attachment Windsor Property Management Company, # 51 Attachment WinnCompanies LLC, # 52 Attachment WinnResidential Manager Corp., # 53 Attachment ZRS Management. LLC)Associated Cases: 3:23–md–03071, 3:23–cv–00742(Herzfeld, Tricia) (Entered: 08/04/2023) |
| 08/04/2023 | Ï 15 | NOTICE by Essex Property Trust, Inc. *Notice of Appearance of Scott R. Sveslosky* Associated Cases: 3:23–md–03071, 3:23–cv–00378, 3:23–cv–00440, 3:23–cv–00742(Eckert, Helen) (Entered: 08/04/2023) |
| 08/07/2023 | Ï | Minute Entry for proceedings held before Chief Judge Waverly D. Crenshaw, Jr: Case Management Conference held on 8/7/2023. Amended Complaints filed by September 7, 2023. Multi–family new motions by September 21, 2023. Plaintiffs Responses due 30 days after filing of motions. Defendants Reply due 14 days after Response. Student–Housing motions by September 21, 2023. Plaintiffs Responses due 30 days after filing of motions. Defendants Reply due 14 days after Response. Current Motions to Dismiss are denied without prejudice. Status reports shall be |

| | | |
|---|---|---|
| | | filed by September 27, 2023, and shall include any issues. A status/scheduling conference will be held on September 29, 2023, at 10:00 a.m. Phillips and Cogman available to those who want to pursue early case resolution. Oral argument/status conference will be held on December 11, 2023, at 1:00 p.m. A report of those defendants who agree to early mediation shall be filed by August 11, 2023. The parties shall meet and confer and file a joint report on who is in and who is out by September 7, 2023. (Court Reporter Lise Matthews.) Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00326, 3:23−cv−00329, 3:23−cv−00330, 3:23−cv−00331, 3:23−cv−00332, 3:23−cv−00333, 3:23−cv−00334, 3:23−cv−00335, 3:23−cv−00336, 3:23−cv−00337, 3:23−cv−00338, 3:23−cv−00339, 3:23−cv−00344, 3:23−cv−00345, 3:23−cv−00356, 3:23−cv−00357, 3:23−cv−00358, 3:23−cv−00377, 3:23−cv−00378, 3:23−cv−00379, 3:23−cv−00380, 3:23−cv−00381, 3:23−cv−00387, 3:23−cv−00388, 3:23−cv−00389, 3:23−cv−00390, 3:23−cv−00391, 3:23−cv−00410, 3:23−cv−00411, 3:23−cv−00412, 3:23−cv−00413, 3:23−cv−00414, 3:23−cv−00415, 3:23−cv−00416, 3:23−cv−00419, 3:23−cv−00440, 3:23−cv−00445, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00757, 3:23−cv−00792 (Hearing lasted :30) (Parise, Kelly) Modified on 8/7/2023 (lh). (Entered: 08/07/2023) |
| 08/07/2023 | Ï 16 | ORDER terminating without prejudice the following motions: (323), (326), (327), (335), (337), (340), (343), (344), and (348). Additionally, the Court sets the following deadlines: 1. On August 11, 2023, Defendants shall file a Notice identifying those Defendants who agree to early mediation; 2. No later than September 7, 2023, Plaintiffs shall file a Second Multi−Family Amended Consolidated Complaint, and a First Student−Housing Amended Consolidated Complaint. Also, by this date, the parties shall file a Joint Notice identifying who remains in this action and who does not; 3. By September 21, 2023, Defendants shall identify and briefly describe any new motions to dismiss that they anticipate filing with respect to the Multi−Family Consolidated Complaint, as well as identify and briefly describe all motions they intend to file with respect the Student−Housing Consolidated Complaint; 4. Thirty (30) days after the filing of the Amended Consolidated Complaints, Defendants shall file their Motions to Dismiss. Replies shall be filed fourteen (14) days thereafter; 5. The Court tentatively sets a status conference for 10:00 a.m. on September 29, 2023. By 5:00 p.m. on September 27, 2023, the parties shall file a status report and indicate any issues that should be addressed at the conference; 6. On December 11, 2023, at 1:00 p.m., the Court will hold either a status conference or oral arguments on the Motions to Dismiss. Signed by Chief Judge Waverly D. Crenshaw, Jr on 08/01/2023. Associated Cases: 3:23−md−03071 and All Member Cases **(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 08/07/2023) |
| 08/08/2023 | Ï 17 | NOTICE by CH Real Estate Services LLC *of Withdrawal of Counsel* Associated Cases: 3:23−md−03071, 3:23−cv−00333, 3:23−cv−00742(Foley, Danielle) (Entered: 08/08/2023) |
| 08/08/2023 | Ï 18 | NOTICE by MDL 3071 Plaintiffs *of Dismissal without Prejudice of Defendant Lyon Management Group, Inc.* Associated Cases: 3:23−md−03071, 3:23−cv−00357, 3:23−cv−00742(Herzfeld, Tricia) (Entered: 08/08/2023) |
| 08/09/2023 | Ï | Set Hearings per Order 495 : Status Conference set for 9/29/2023 10:00 AM in Courtroom 6B before Chief Judge Waverly D. Crenshaw Jr. Oral Argument set for 12/11/2023 01:00 PM in Courtroom 6B before Chief Judge Waverly D. Crenshaw Jr. Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00326, 3:23−cv−00329, 3:23−cv−00330, 3:23−cv−00331, 3:23−cv−00332, 3:23−cv−00333, 3:23−cv−00334, 3:23−cv−00335, 3:23−cv−00336, 3:23−cv−00337, 3:23−cv−00338, 3:23−cv−00339, 3:23−cv−00344, 3:23−cv−00345, 3:23−cv−00356, 3:23−cv−00357, 3:23−cv−00358, 3:23−cv−00377, 3:23−cv−00378, 3:23−cv−00379, 3:23−cv−00380, 3:23−cv−00381, 3:23−cv−00387, 3:23−cv−00388, 3:23−cv−00389, 3:23−cv−00390, 3:23−cv−00391, 3:23−cv−00410, 3:23−cv−00411, 3:23−cv−00412, 3:23−cv−00413, 3:23−cv−00414, 3:23−cv−00415, 3:23−cv−00416, 3:23−cv−00419, 3:23−cv−00440, 3:23−cv−00445, 3:23−cv−00552, 3:23−cv−00742, |

| | | |
|---|---|---|
| | | 3:23−cv−00757, 3:23−cv−00792(hb) (Entered: 08/09/2023) |
| 08/11/2023 | Ï 19 | Summons issued as to ALLIED ORION GROUP, LLC, Apartment Income REIT Corp, Apartment Management Consultants, LLC, Avenue5 Residential, LLC, B/T Washington LLC, BH Management Services, LLC, Bell Partners Inc., Bozzuto Management Company, Brookfield Properties Multifamily LLC, CH Real Estate Services LLC, CONAM Management Corporation, CWS Apartment Homes LLC, Camden Property Trust, Conti Capital, Cortland Management, LLC, Crow Holdings, LP, Dayrise Residential, LLC, Equity Residential, Essex Property Trust, Inc., FPI Management, Inc., Greystar Management Services, L.P., Highmark Residential, LLC, Independence Realty Trust, Inc., Kairoi Management, LLC, Knightvest Residential, Lantower Luxury Living LLC, Lincoln Property Company, Lyon Management Group, Inc., MidAmerica Apartment Communities, Inc., Mission Rock Residential, LLC, Morgan Properties Management Company, LLC, Pinnacle Property Management Services, LLC, Prometheus Real Estate Group, Inc., RPM Living, LLC, RealPage, Inc., Related Management Company L.P., Rose Associates Inc, Sares Regis Group Commercial, Inc., Security Properties Inc., Sherman Associates, Inc., Simpson Property Group, LLC, TF Cornerstone Inc, THOMA BRAVO, L.P., The Related Companies L.P., Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIV, L.P., Thrive Communities Management, LLC, Trammell Crow Residential Company, UDR, Inc., WINNCOMPANIES LLC, Windsor Property Management Company, WinnResidential Manager Corp., ZRS Management, LLC. Associated Cases: 3:23−md−03071, 3:23−cv−00742(kc) (XC: Service packet returned to counsel by regular mail.) Modified on 8/11/2023 (kc). (Entered: 08/11/2023) |
| 08/11/2023 | Ï 20 | NOTICE by ALLIED ORION GROUP, LLC, Apartment Income REIT Corp, Brookfield Properties Multifamily LLC, Brookfield Residential Properties LLC, CA Ventures Global Services LLC, CH Real Estate Services LLC, CWS Apartment Homes LLC, CWS Apartment Homes, LLC, Campus Advantage Inc, Cardinal Group Holdings LLC, Conti Capital, Cortland Management, LLC, Crow Holdings, LP, Dayrise Residential, LLC, ESSEX PROPERTY TRUST, Independence Realty Trust Inc, Independence Realty Trust, Inc., Kairoi Management, LLC, Knightvest Residential, Lantower Luxury Living LLC, Mid America Apartment Communities Inc, Mid−America Apartment Communities Inc, Mid−America Apartment Communities, Inc., Mission Rock Residential LLC, Mission Rock Residential, LLC, Morgan Properties LLC, Prometheus Real Estate Group, Prometheus Real Estate Group Inc, Prometheus Real Estate Group, Inc., Related Management Company L.P., Rose Associates Inc, Sares Regis Group Commercial, Inc., Sares Regis Group Operating Inc, Sares Regis Group Operating, Inc., Sherman Associates, Inc., Simpson Property Group LLLP, Simpson Property Group, LLC, The Related Companies L.P., The Related Companies, Inc., Timberline Real Estate Ventures LLC, Windsor Property Management Company, WinnResidential Manager Corp., Winncompanies, LLC *NOTICE PURSUANT TO THE COURT'S AUGUST 7, 2023 ORDER CONCERNING DEFENDANTS PARTICIPATING IN EARLY MEDIATION BEFORE CLAY COGMAN* Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00326, 3:23−cv−00329, 3:23−cv−00330, 3:23−cv−00331, 3:23−cv−00332, 3:23−cv−00333, 3:23−cv−00334, 3:23−cv−00335, 3:23−cv−00336, 3:23−cv−00337, 3:23−cv−00338, 3:23−cv−00339, 3:23−cv−00344, 3:23−cv−00345, 3:23−cv−00356, 3:23−cv−00357, 3:23−cv−00358, 3:23−cv−00377, 3:23−cv−00378, 3:23−cv−00379, 3:23−cv−00380, 3:23−cv−00381, 3:23−cv−00387, 3:23−cv−00388, 3:23−cv−00389, 3:23−cv−00390, 3:23−cv−00391, 3:23−cv−00410, 3:23−cv−00411, 3:23−cv−00412, 3:23−cv−00413, 3:23−cv−00414, 3:23−cv−00415, 3:23−cv−00416, 3:23−cv−00419, 3:23−cv−00440, 3:23−cv−00445, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00757, 3:23−cv−00792(Grimes, Robert) (Entered: 08/11/2023) |
| 08/14/2023 | Ï 21 | ORDER: The Clerk shall terminate Lyon Management Group, Inc., without prejudice, pursuant to Plaintiffs Notice of Dismissal Without Prejudice of Defendant Lyon Management Group, Inc., (Doc. No. 498). Signed by Chief Judge Waverly D. Crenshaw, Jr on 08/14/2023. Associated Cases: 3:23−md−03071, 3:23−cv−00357, 3:23−cv−00742**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: |

| | | |
|---|---|---|
| | | 08/14/2023) |
| 09/01/2023 | Ï 22 | MOTION for attorney Victoria L. Glover to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC−3903338) by CH Real Estate Services LLC. (Attachments: # 1 Attachment Certificate of Good Standing)Associated Cases: 3:23−md−03071, 3:23−cv−00333, 3:23−cv−00742(Dickson, Andrew) Modified on 9/12/2023 (lh). (Entered: 09/01/2023) |
| 09/05/2023 | Ï 23 | NOTICE by Essex Property Trust, Inc. *Notice of Appearance of Joy Siu* Associated Cases: 3:23−md−03071, 3:23−cv−00742(Siu, Joy) (Entered: 09/05/2023) |
| 09/08/2023 | Ï 24 | ORDER granting (525): Plaintiffs' Unopposed Motion to Excuse Live Appearance is GRANTED and Tricia Herzfeld's and Swathi Bojedla's appearance at the September 29, 2023 status conference is waived. Signed by Chief Judge Waverly D. Crenshaw, Jr. on 09/08/2023. Associated Cases: 3:23−md−03071 and All Member Cases. **(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)** (lh) (Entered: 09/08/2023) |
| 09/11/2023 | Ï 25 | ORDER granting (528): Based upon Plaintiffs Unopposed Omnibus Motion to Dismiss Certain Defendants and Substitute Corrected Defendants, (Doc. No. 528) and the record, the Court rules as follows: 1. Pursuant to Fed. R. Civ. P. 41(a)(2), the Court dismisses without prejudice, certain parties in the identified cases; and 2. The parties agree to certain substitutions and dismissals without prejudice of Defendants in the identified cases. IT IS SO ORDERED. Signed by Chief Judge Waverly D. Crenshaw, Jr on 09/11/2023. Associated Cases: 3:23−md−03071 and All Member Cases **(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)** (lh) (Entered: 09/11/2023) |
| 09/12/2023 | Ï 26 | ORDER granting (522): Having satisfied the requirements of Local Rule 83.01(b), the Motion for Victoria L. Glover to Appear Pro Hac Vice is granted. Signed by Lynda M. Hill, Clerk of Court, on 09/12/2023. Associated Cases: 3:23−md−03071, 3:23−cv−00333, 3:23−cv−00742(lh) (Entered: 09/12/2023) |
| 09/20/2023 | Ï 27 | ORDER granting (541): Plaintiffs Unopposed Motion to Clarify Motion to Dismiss Schedule (Doc. No. 541) is GRANTED. The Scheduling Order entered August 7, 2023 (Doc. No. 495) is clarified as set forth in this Order. Signed by Chief Judge Waverly D. Crenshaw, Jr on 09/20/2023. Associated Cases: 3:23−md−03071 and All Member Cases. **(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)** (lh) (Entered: 09/20/2023) |
| 09/22/2023 | Ï 28 | NOTICE of Appearance by Victoria L. Glover on behalf of CH Real Estate Services LLC Associated Cases: 3:23−md−03071, 3:23−cv−00742, 3:23−cv−00979(Glover, Victoria) (Entered: 09/22/2023) |
| 09/25/2023 | Ï 29 | SUMMONS returned executed by Joshua Kabisch. Cortland Management, LLC served on 9/22/2023. (Herzfeld, Tricia) (Entered: 09/25/2023) |
| 09/26/2023 | Ï | ***DISREGARD. ENTERED IN ERROR.*** NOTICE TO FILER re DE# 29 : Pursuant to Local Rule 5.01, Certificates of Service shall identify by name the person served, what was served, the method of service, and date of service. Counsel did not include all Counsel on the certificate of service. Please FILE a conformed Certificate of Service for this document. (kc) Modified on 9/26/2023 (kc). (Entered: 09/26/2023) |
| 09/26/2023 | Ï | ***DISREGARD. ENTERED IN ERROR.*** NOTICE TO FILER re DE# 29 : The wrong event was used. The correct event should be Waiver of Service Executed. Counsel shall re−file the document. (kc) Modified on 9/26/2023 (kc). (Entered: 09/26/2023) |
| 09/26/2023 | Ï 30 | WAIVER OF SERVICE Returned Executed by Joshua Kabisch. (Herzfeld, Tricia) (Entered: 09/26/2023) |

| | | |
|---|---|---|
| 09/26/2023 | Ï 31 | SUPPLEMENT filed by CH Real Estate Services LLC re (277 in 3:23−md−03071) Notice of Appearance. Associated Cases: 3:23−md−03071, 3:23−cv−00742, 3:23−cv−00979(Foley, Danielle) (Entered: 09/26/2023) |
| 09/26/2023 | Ï 32 | SUPPLEMENT filed by CH Real Estate Services LLC re (276 in 3:23−md−03071) Notice of Appearance. Associated Cases: 3:23−md−03071, 3:23−cv−00742, 3:23−cv−00979(Dickson, Andrew) (Entered: 09/26/2023) |
| 09/27/2023 | Ï 33 | ORDER: It appearing that the parties have no issues for discussion, the status conference set for September 29, 2023, (Doc. No. 546) is CANCELLED. Having reviewed the Defendants Notice of Anticipated New Motions to Dismiss and Renewed Motions to Dismiss To be Filed by Defendants (Doc. No. 544), the Court approves filing the anticipated motions and appreciates the Defendants attention that the Court does not permit incorporation of documents in support or in opposition to motions. IT IS SO ORDERED. Signed by Chief Judge Waverly D. Crenshaw, Jr on 09/27/2023. Associated Cases: 3:23−md−03071 and All Member Cases **(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)** (lh) (Entered: 09/27/2023) |
| 09/29/2023 | Ï 34 | BUSINESS ENTITY DISCLOSURE STATEMENT filed by CWS Apartment Homes LLC. Associated Cases: 3:23−md−03071, 3:23−cv−00326, 3:23−cv−00330, 3:23−cv−00339, 3:23−cv−00389, 3:23−cv−00742(Wood, Kylie) (Entered: 09/29/2023) |
| 10/02/2023 | Ï 35 | ORDER denying without prejudice Defendants RealPage, Inc.'s Motion for Leave for Thomas H. Dundon to Withdraw as Local Counsel for Defendant Realpage, Inc. (Doc. No. 356 in case 3:23−md−03071 and Doc. No. 143 in case 3:22−cv−01082). Signed by Chief Judge Waverly D. Crenshaw, Jr. on 10/02/2023. **(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)** (vk) Modified on 10/4/2023 (vk). (Entered: 10/02/2023) |
| 10/06/2023 | Ï 36 | NOTICE of Voluntary Dismissal by Joshua Kabisch, Mia Lauder, Nancy Alexander Associated Cases: 3:23−md−03071, 3:23−cv−00440, 3:23−cv−00742, 3:23−cv−00757(Herzfeld, Tricia) (Entered: 10/06/2023) |
| 10/09/2023 | Ï 37 | NOTICE of Appearance by Sarah Byer Miller on behalf of Apartment Management Consultants, LLC Associated Cases: 3:23−md−03071, 3:23−cv−00378, 3:23−cv−00742, 3:23−cv−00979(Miller, Sarah) (Entered: 10/09/2023) |
| 10/09/2023 | Ï 38 | MOTION to Dismiss *Plaintiffs' Second Amended Consolidated Class Action Complaint* by Apartment Income REIT Corp. Associated Cases: 3:23−md−03071, 3:23−cv−00742, 3:23−cv−00979(Reilly, Kathryn) (Entered: 10/09/2023) |
| 10/09/2023 | Ï 39 | MEMORANDUM in Support of (77 in 3:23−cv−00979) MOTION to Dismiss *Plaintiffs' Second Amended Consolidated Class Action Complaint* filed by Apartment Income REIT Corp . Associated Cases: 3:23−md−03071, 3:23−cv−00742, 3:23−cv−00979(Reilly, Kathryn) (Entered: 10/09/2023) |
| 10/09/2023 | Ï 40 | MOTION to Dismiss *Multifamily Plaintiffs Second Amended Consolidated Class Action Complaint* by Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIV, L.P., Thoma Bravo L.P.. Associated Cases: 3:23−md−03071, 3:23−cv−00326, 3:23−cv−00378, 3:23−cv−00391, 3:23−cv−00445, 3:23−cv−00742, 3:23−cv−00979(McKane, Mark) (Entered: 10/09/2023) |
| 10/09/2023 | Ï 41 | MEMORANDUM in Support of (79 in 3:23−cv−00979, 218 in 3:23−cv−00378, 570 in 3:23−md−03071, 232 in 3:23−cv−00326, 40 in 3:23−cv−00742, 187 in 3:23−cv−00391, 139 in 3:23−cv−00445) MOTION to Dismiss *Multifamily Plaintiffs Second Amended Consolidated Class Action Complaint* filed by Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIV, L.P., Thoma Bravo L.P. . Associated Cases: 3:23−md−03071, 3:23−cv−00326, 3:23−cv−00378, 3:23−cv−00391, 3:23−cv−00445, 3:23−cv−00742, 3:23−cv−00979(McKane, Mark) (Entered: |

| | | |
|---|---|---|
| | | 10/09/2023) |
| 10/09/2023 | Ï 42 | BUSINESS ENTITY DISCLOSURE STATEMENT filed by Crow Holdings, LP. Associated Cases: 3:23−md−03071, 3:23−cv−00742, 3:23−cv−00979(Buffmire, Edwin) (Entered: 10/09/2023) |
| 10/09/2023 | Ï 43 | BUSINESS ENTITY DISCLOSURE STATEMENT filed by Trammell Crow Residential Company. Associated Cases: 3:23−md−03071, 3:23−cv−00742, 3:23−cv−00979(Buffmire, Edwin) (Entered: 10/09/2023) |
| 10/09/2023 | Ï 44 | MOTION to Dismiss *Multifamily Plaintiffs Second Amended Consolidated Class Action Complaint for failure to state a claim as to LRO* by Equity Residential. (Attachments: # 1 Attachment Proposed Order)Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00326, 3:23−cv−00330, 3:23−cv−00331, 3:23−cv−00332, 3:23−cv−00333, 3:23−cv−00334, 3:23−cv−00335, 3:23−cv−00336, 3:23−cv−00337, 3:23−cv−00338, 3:23−cv−00339, 3:23−cv−00344, 3:23−cv−00345, 3:23−cv−00356, 3:23−cv−00357, 3:23−cv−00358, 3:23−cv−00377, 3:23−cv−00378, 3:23−cv−00379, 3:23−cv−00380, 3:23−cv−00381, 3:23−cv−00387, 3:23−cv−00388, 3:23−cv−00389, 3:23−cv−00390, 3:23−cv−00391, 3:23−cv−00410, 3:23−cv−00411, 3:23−cv−00412, 3:23−cv−00413, 3:23−cv−00414, 3:23−cv−00415, 3:23−cv−00416, 3:23−cv−00419, 3:23−cv−00440, 3:23−cv−00445, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979(Hittinger, Carl) (Entered: 10/09/2023) |
| 10/09/2023 | Ï 45 | MOTION to Dismiss *for Failure to Plead Agency Liability* by Apartment Management Consultants, LLC, Avenue5 Residential LLC, Avenue5 Residential, LLC, Bozzuto Management Company, FPI Management Inc, FPI Management, Inc., First Communities Management, Inc., Pinnacle Property Management Services LLC, Pinnacle Property Management Services, LLC, Rose Associates Inc, ZRS Management LLC, ZRS Management, LLC. Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00326, 3:23−cv−00329, 3:23−cv−00330, 3:23−cv−00331, 3:23−cv−00332, 3:23−cv−00333, 3:23−cv−00334, 3:23−cv−00335, 3:23−cv−00336, 3:23−cv−00337, 3:23−cv−00338, 3:23−cv−00339, 3:23−cv−00344, 3:23−cv−00345, 3:23−cv−00356, 3:23−cv−00357, 3:23−cv−00358, 3:23−cv−00377, 3:23−cv−00378, 3:23−cv−00379, 3:23−cv−00380, 3:23−cv−00381, 3:23−cv−00387, 3:23−cv−00388, 3:23−cv−00389, 3:23−cv−00390, 3:23−cv−00391, 3:23−cv−00410, 3:23−cv−00411, 3:23−cv−00412, 3:23−cv−00413, 3:23−cv−00414, 3:23−cv−00415, 3:23−cv−00416, 3:23−cv−00419, 3:23−cv−00440, 3:23−cv−00445, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00757, 3:23−cv−00792, 3:23−cv−00979(Reinker, Kenneth) (Entered: 10/09/2023) |
| 10/09/2023 | Ï 46 | MEMORANDUM in Support of (180 in 3:23−cv−00358, 83 in 3:23−cv−00979, 141 in 3:23−cv−00356, 166 in 3:23−cv−00379, 125 in 3:23−cv−00377, 146 in 3:23−cv−00334, 189 in 3:23−cv−00391, 171 in 3:22−cv−01082, 160 in 3:23−cv−00440, 183 in 3:23−cv−00331, 134 in 3:23−cv−00388, 234 in 3:23−cv−00326, 154 in 3:23−cv−00336, 150 in 3:23−cv−00414, 44 in 3:23−cv−00742, 130 in 3:23−cv−00345, 580 in 3:23−md−03071, 141 in 3:23−cv−00445, 168 in 3:23−cv−00380, 121 in 3:23−cv−00415, 116 in 3:23−cv−00344, 143 in 3:23−cv−00413, 209 in 3:23−cv−00357, 183 in 3:23−cv−00337, 176 in 3:23−cv−00411, 380 in 3:23−cv−00330, 99 in 3:23−cv−00419, 175 in 3:23−cv−00390, 113 in 3:23−cv−00416, 177 in 3:23−cv−00410, 207 in 3:23−cv−00389, 56 in 3:23−cv−00552, 167 in 3:23−cv−00338, 158 in 3:23−cv−00332, 157 in 3:23−cv−00381, 241 in 3:23−cv−00333, 130 in 3:23−cv−00412, 143 in 3:23−cv−00335, 199 in 3:23−cv−00387, 262 in 3:23−cv−00339, 220 in 3:23−cv−00378) MOTION to Dismiss *Multifamily Plaintiffs Second Amended Consolidated Class Action Complaint for failure to state a claim as to LRO* filed by Equity Residential . (Attachments: # 1 Exhibit 1−Article dated 10/15/20)Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00326, 3:23−cv−00330, 3:23−cv−00331, 3:23−cv−00332, 3:23−cv−00333, 3:23−cv−00334, 3:23−cv−00335, 3:23−cv−00336, 3:23−cv−00337, 3:23−cv−00338, 3:23−cv−00339, 3:23−cv−00344, |

| | | |
|---|---|---|
| | | 3:23−cv−00345, 3:23−cv−00356, 3:23−cv−00357, 3:23−cv−00358, 3:23−cv−00377, 3:23−cv−00378, 3:23−cv−00379, 3:23−cv−00380, 3:23−cv−00381, 3:23−cv−00387, 3:23−cv−00388, 3:23−cv−00389, 3:23−cv−00390, 3:23−cv−00391, 3:23−cv−00410, 3:23−cv−00411, 3:23−cv−00412, 3:23−cv−00413, 3:23−cv−00414, 3:23−cv−00415, 3:23−cv−00416, 3:23−cv−00419, 3:23−cv−00440, 3:23−cv−00445, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979(Hittinger, Carl) (Entered: 10/09/2023) |
| 10/09/2023 | Ï 47 | MOTION to Dismiss by CONAM Management Corporation, CONTI Texas Organization, Inc., d/b/a CONTI Capital, Essex Property Trust, Inc., Prometheus Real Estate Group, Inc., Rose Associates Inc, Sares Regis Group Commercial, Inc., Sherman Associates, Inc., Windsor Property Management Company. Associated Cases: 3:23−md−03071, 3:23−cv−00440, 3:23−cv−00742(Nagin, Benjamin) (Entered: 10/09/2023) |
| 10/09/2023 | Ï 48 | MEMORANDUM in Support of (581 in 3:23−md−03071) MOTION to Dismiss *for Failure to Plead Agency Liability* filed by Apartment Management Consultants, LLC, Avenue5 Residential LLC, Avenue5 Residential, LLC, Bozzuto Management Company, FPI Management Inc, FPI Management, Inc., First Communities Management, Inc., Pinnacle Property Management Services LLC, Pinnacle Property Management Services, LLC, Rose Associates Inc, ZRS Management LLC, ZRS Management, LLC . Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00326, 3:23−cv−00329, 3:23−cv−00330, 3:23−cv−00331, 3:23−cv−00332, 3:23−cv−00333, 3:23−cv−00334, 3:23−cv−00335, 3:23−cv−00336, 3:23−cv−00337, 3:23−cv−00338, 3:23−cv−00339, 3:23−cv−00344, 3:23−cv−00345, 3:23−cv−00356, 3:23−cv−00357, 3:23−cv−00358, 3:23−cv−00377, 3:23−cv−00378, 3:23−cv−00379, 3:23−cv−00380, 3:23−cv−00381, 3:23−cv−00387, 3:23−cv−00388, 3:23−cv−00389, 3:23−cv−00390, 3:23−cv−00391, 3:23−cv−00410, 3:23−cv−00411, 3:23−cv−00412, 3:23−cv−00413, 3:23−cv−00414, 3:23−cv−00415, 3:23−cv−00416, 3:23−cv−00419, 3:23−cv−00440, 3:23−cv−00445, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00757, 3:23−cv−00792, 3:23−cv−00979(Reinker, Kenneth) (Entered: 10/09/2023) |
| 10/09/2023 | Ï 49 | MEMORANDUM in Support of (47 in 3:23−cv−00742) MOTION to Dismiss filed by CONAM Management Corporation, CONTI Texas Organization, Inc., d/b/a CONTI Capital, Essex Property Trust, Inc., Prometheus Real Estate Group, Inc., Rose Associates Inc, Sares Regis Group Commercial, Inc., Sherman Associates, Inc., Windsor Property Management Company . Associated Cases: 3:23−md−03071, 3:23−cv−00440, 3:23−cv−00742(Nagin, Benjamin) (Entered: 10/09/2023) |
| 10/09/2023 | Ï 50 | DECLARATION of Benjamin R. Nagin filed by CONAM Management Corporation, CONTI Texas Organization, Inc., d/b/a CONTI Capital, Essex Property Trust, Inc., Prometheus Real Estate Group, Inc., Rose Associates Inc, Sares Regis Group Commercial, Inc., Sherman Associates, Inc., Windsor Property Management Company re: (47 in 3:23−cv−00742) MOTION to Dismiss . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8)Associated Cases: 3:23−md−03071, 3:23−cv−00440, 3:23−cv−00742(Nagin, Benjamin) (Entered: 10/09/2023) |
| 10/09/2023 | Ï 51 | MOTION Motion to Enforce Class Action Waivers by ALLIED ORION GROUP, LLC, Apartment Income REIT Corp, BH Management Services, LLC, Bell Partners Inc., Bozzuto Management Company, Brookfield Properties Multifamily LLC, CH Real Estate Services LLC, CONAM Management Corporation, CONTI Texas Organization, Inc., d/b/a CONTI Capital, CWS Apartment Homes LLC, Camden Property Trust, Cortland Management, LLC, Crow Holdings, LP, Dayrise Residential, LLC, Equity Residential, Essex Property Trust, Inc., FPI Management, Inc., Greystar Management Services, LLC, Highmark Residential, LLC, Independence Realty Trust, Inc., Kairoi Management, LLC, Knightvest Residential, Lantower Luxury Living LLC, Lincoln Property Company, MidAmerica Apartment Communities, Inc., Mission Rock Residential, LLC, Morgan Properties Management Company, LLC, Pinnacle Property Management Services, LLC, Prometheus Real Estate Group, Inc., RPM Living, LLC, |

| | | RealPage, Inc., Related Management Company L.P., Rose Associates Inc, Sares Regis Group Commercial, Inc., Security Properties Residential, LLC, Sherman Associates, Inc., Simpson Property Group, LLC, THOMA BRAVO, L.P., The Related Companies L.P., Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIV, L.P., Thrive Communities Management, LLC, Trammell Crow Residential Company, WINNCOMPANIES LLC, Windsor Property Management Company, WinnResidential Manager Corp., ZRS Management, LLC, ECI Group, Inc.. (Attachments: # 1 Exhibit Decl of J. Stayton w Ex. 1–A (Watters's Lease), # 2 Exhibit Decl of Wickert w Ex. 2–A (Weavers Leases), # 3 Exhibit Decl of J Slater with Ex. 3–A (Kabischs Lease) and Ex. 5–A and 5–B (Cherrys Lease and Lease Renewal), # 4 Exhibit Decl of J Harrison w Ex. 4–A thru 4–D (Vincins Leases and Final Account History))Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00410, 3:23–cv–00742(Holt, Ryan) (Entered: 10/09/2023) |
|---|---|---|
| 10/09/2023 | Ï 52 | MEMORANDUM in Support of (51 in 3:23–cv–00742) MOTION Motion to Enforce Class Action Waivers filed by ALLIED ORION GROUP, LLC, Apartment Income REIT Corp, BH Management Services, LLC, Bell Partners Inc., Bozzuto Management Company, Brookfield Properties Multifamily LLC, CH Real Estate Services LLC, CONAM Management Corporation, CONTI Texas Organization, Inc., d/b/a CONTI Capital, CWS Apartment Homes LLC, Camden Property Trust, Conti Capital, Cortland Management, LLC, Crow Holdings, LP, Dayrise Residential, LLC, ECI Group, Inc., Equity Residential, Essex Property Trust, Inc., FPI Management, Inc., Greystar Management Services, LLC, Highmark Residential, LLC, Independence Realty Trust, Inc., Kairoi Management, LLC, Knightvest Residential, Lantower Luxury Living LLC, Lincoln Property Company, MidAmerica Apartment Communities, Inc., Mission Rock Residential, LLC, Morgan Properties Management Company, LLC, Pinnacle Property Management Services, LLC, Prometheus Real Estate Group, Inc., RPM Living, LLC, RealPage, Inc., Related Management Company L.P., Rose Associates Inc, Sares Regis Group Commercial, Inc., Security Properties Residential, LLC, Sherman Associates, Inc., Simpson Property Group, LLC, THOMA BRAVO, L.P., The Related Companies L.P., Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIV, L.P., Thrive Communities Management, LLC, Trammell Crow Residential Company, WINNCOMPANIES LLC, Windsor Property Management Company, WinnResidential Manager Corp., ZRS Management, LLC . Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00410, 3:23–cv–00742(Holt, Ryan) (Entered: 10/09/2023) |
| 10/09/2023 | Ï 53 | MOTION to Dismiss for Failure to State a Claim *Motion to Dismiss Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint* by MDL 3071 Defendants. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Srinivasan, Jay) (Entered: 10/09/2023) |
| 10/09/2023 | Ï 54 | MEMORANDUM in Support of (187 in 3:23–cv–00337, 147 in 3:23–cv–00413, 87 in 3:23–cv–00979, 53 in 3:23–cv–00742, 177 in 3:22–cv–01082, 138 in 3:23–cv–00388, 147 in 3:23–cv–00335, 117 in 3:23–cv–00416, 150 in 3:23–cv–00334, 183 in 3:23–cv–00410, 179 in 3:23–cv–00390, 125 in 3:23–cv–00415, 384 in 3:23–cv–00330, 203 in 3:23–cv–00387, 134 in 3:23–cv–00412, 120 in 3:23–cv–00344, 193 in 3:23–cv–00391, 145 in 3:23–cv–00356, 215 in 3:23–cv–00357, 266 in 3:23–cv–00339, 171 in 3:23–cv–00338, 172 in 3:23–cv–00380, 134 in 3:23–cv–00345, 129 in 3:23–cv–00377, 238 in 3:23–cv–00326, 170 in 3:23–cv–00379, 180 in 3:23–cv–00411, 161 in 3:23–cv–00381, 592 in 3:23–md–03071, 211 in 3:23–cv–00389, 184 in 3:23–cv–00358, 158 in 3:23–cv–00336, 154 in 3:23–cv–00414, 60 in 3:23–cv–00552, 224 in |

| | | |
|---|---|---|
| | | 3:23–cv–00378, 167 in 3:23–cv–00440, 245 in 3:23–cv–00333, 187 in 3:23–cv–00331, 145 in 3:23–cv–00445, 103 in 3:23–cv–00419, 164 in 3:23–cv–00332) MOTION to Dismiss for Failure to State a Claim *Motion to Dismiss Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint* filed by MDL 3071 Defendants . Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Srinivasan, Jay) (Entered: 10/09/2023) |
| 10/09/2023 | Ï 55 | DECLARATION of Stephen C. Whittaker filed by MDL 3071 Defendants re: (592 in 3:23–md–03071) MOTION to Dismiss for Failure to State a Claim *Motion to Dismiss Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint*, (593 in 3:23–md–03071) Memorandum in Support,,,,,,. (Attachments: # 1 Exhibit A Excerpt from the Medve Group AIRM Presentation, # 2 Exhibit B Excerpt from June 2017 Stephens Investor Conference Transcript)Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Srinivasan, Jay) (Entered: 10/09/2023) |
| 10/11/2023 | Ï 56 | MOTION for attorney Amy F. Sorenson to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC–3930000) by Apartment Management Consultants, LLC. (Attachments: # 1 Attachment Certificate of Good Standing)Associated Cases: 3:23–md–03071, 3:23–cv–00378, 3:23–cv–00742, 3:23–cv–00979(Miller, Sarah) (Entered: 10/11/2023) |
| 10/11/2023 | Ï 57 | MOTION for attorney Colin P. Ahler to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC–3930023) by Apartment Management Consultants, LLC. (Attachments: # 1 Attachment Certificate of Good Standing)Associated Cases: 3:23–md–03071, 3:23–cv–00378, 3:23–cv–00742, 3:23–cv–00979(Miller, Sarah) (Entered: 10/11/2023) |
| 10/12/2023 | Ï 58 | NOTICE of Appearance by Michael Charles Tackeff on behalf of United States of America Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Tackeff, Michael) (Entered: 10/12/2023) |
| 10/12/2023 | Ï 59 | NOTICE by United States of America *of Potential Participation* Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, |

| | | |
|---|---|---|
| | | 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Tackeff, Michael) (Entered: 10/12/2023) |
| 10/16/2023 | Ï 60 | MOTION for attorney Yixi (Cecilia) Cheng to Appear Pro Hac Vice (Fee not paid–due within 21 days) by United States of America. (Attachments: # 1 Attachment Certifiicate of Good Standing)Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Tackeff, Michael) (Entered: 10/16/2023) |
| 10/17/2023 | Ï 61 | ORDER: The Court has considered the United States Notice of Potential Participation (Doc. No. 599) and approves the request to participate. Accordingly, if the United States decides to participate it shall file its Statement of Intent and supporting Memorandum of Law in Support by November 15, 2023. The United States shall plan to participate in the oral arguments on the pending motion on December 11, 2023. Signed by Chief Judge Waverly D. Crenshaw, Jr on 10/17/2023. Associated Cases: 3:23–md–03071 and All Member Cases **(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)** (lh) (Entered: 10/17/2023) |
| 10/23/2023 | Ï 62 | WAIVER OF SERVICE Returned Executed by Joshua Kabisch. Avenue5 Residential, LLC waiver sent on 10/20/2023; BH Management Services, LLC waiver sent on 8/25/2023; CONAM Management Corporation waiver sent on 9/27/2023; CONTI Texas Organization, Inc., d/b/a CONTI Capital waiver sent on 10/20/2023; CWS Apartment Homes LLC waiver sent on 9/22/2023; Camden Property Trust waiver sent on 10/20/2023; Highmark Residential, LLC waiver sent on 8/25/2023; Independence Realty Trust, Inc. waiver sent on 9/1/2023; Lincoln Property Company waiver sent on 8/25/2023; MidAmerica Apartment Communities, Inc. waiver sent on 8/25/2023; Mission Rock Residential, LLC waiver sent on 10/20/2023; Morgan Properties Management Company, LLC waiver sent on 10/23/2023; Pinnacle Property Management Services, LLC waiver sent on 8/25/2023; Prometheus Real Estate Group, Inc. waiver sent on 10/23/2023; RPM Living, LLC waiver sent on 9/28/2023; RealPage, Inc. waiver sent on 10/20/2023; Security Properties Inc. waiver sent on 9/25/2023; THOMA BRAVO, L.P. waiver sent on 9/22/2023; Thoma Bravo Fund XIII, L.P. waiver sent on 9/22/2023; Thoma Bravo Fund XIV, L.P. waiver sent on 9/22/2023; UDR, Inc. waiver sent on 10/20/2023; ZRS Management, LLC waiver sent on 9/27/2023. (Attachments: # 1 Attachment Executed Waivers of Service)(Herzfeld, Tricia) (Entered: 10/23/2023) |
| 10/23/2023 | Ï 63 | SUMMONS returned executed by Joshua Kabisch. Apartment Income REIT Corp served on 9/26/2023; Apartment Management Consultants, LLC served on 9/26/2023; Bell Partners Inc. served on 9/26/2023; Bozzuto Management Company served on 9/26/2023; Brookfield Properties Multifamily LLC served on 9/26/2023; CH Real Estate Services LLC served on 9/26/2023; Crow Holdings, LP served on 9/26/2023; Knightvest Residential served on 9/28/2023; Related Management Company L.P. served on 9/26/2023; Rose Associates Inc served on 9/26/2023; Sherman Associates, Inc. served on 9/26/2023; Trammell Crow Residential Company served on 9/26/2023; WINNCOMPANIES LLC served on 9/26/2023; Windsor Property Management |

| | | |
|---|---|---|
| | | Company served on 9/26/2023; WinnResidential Manager Corp. served on 9/26/2023. (Attachments: # 1 Attachment Proofs of Service of Summons and Complaint)(Herzfeld, Tricia) (Entered: 10/23/2023) |
| 10/25/2023 | Ï 64 | ORDER granting (596) and (597): Having satisfied the requirements of Local Rule 83.01(b), the Motions for Amy F. Sorenson and Colin P. Ahler to Appear Pro Hac Vice are granted. Signed by Lynda M. Hill, Clerk of Court, on 10/25/2023. Associated Cases: 3:23–md–03071, 3:23–cv–00378, 3:23–cv–00742, 3:23–cv–00979(lh) (Entered: 10/25/2023) |
| 10/25/2023 | Ï 65 | ORDER granting granting (600) and (601): Having satisfied the requirements of Local Rule 83.01(b), the Motions for Joanne Phuong Duyen Bui and Yixi (Cecilia) Cheng to Appear Pro Hac Vice are granted. Signed by Lynda M. Hill, Clerk of Court, on 10/25/2023. Associated Cases: 3:23–md–03071 et al.(lh) (Entered: 10/25/2023) |
| 11/08/2023 | Ï 66 | RESPONSE in Opposition re (79 in 3:23–cv–00979, 218 in 3:23–cv–00378, 570 in 3:23–md–03071, 232 in 3:23–cv–00326, 40 in 3:23–cv–00742, 187 in 3:23–cv–00391, 139 in 3:23–cv–00445) MOTION to Dismiss *Multifamily Plaintiffs Second Amended Consolidated Class Action Complaint*, (53 in 3:23–cv–00792, 62 in 3:23–cv–00757, 572 in 3:23–md–03071) MOTION to Dismiss *Student Plaintiffs First Amended Consolidated Class Action Complaint Opposition to Dismiss Thoma Bravo Defendants' Motions to Dismiss* filed by MDL 3071 Plaintiffs. Associated Cases: 3:23–md–03071, 3:23–cv–00326, 3:23–cv–00378, 3:23–cv–00391, 3:23–cv–00445, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Herzfeld, Tricia) (Entered: 11/08/2023) |
| 11/08/2023 | Ï 67 | RESPONSE in Opposition re (47 in 3:23–cv–00742, 163 in 3:23–cv–00440, 583 in 3:23–md–03071) MOTION to Dismiss *Opposition to Motion to Dismiss TN Actions for Lack of Personal Jurisdiction and Improper Venue* filed by Joshua Kabisch, MDL 3071 Plaintiffs, Nancy Alexander. Associated Cases: 3:23–md–03071, 3:23–cv–00440, 3:23–cv–00742(Herzfeld, Tricia) (Entered: 11/08/2023) |
| 11/08/2023 | Ï 68 | RESPONSE in Opposition re (162 in 3:23–cv–00332, 590 in 3:23–md–03071, 175 in 3:22–cv–01082, 181 in 3:23–cv–00410, 51 in 3:23–cv–00742, 213 in 3:23–cv–00357) MOTION Motion to Enforce Class Action Waivers filed by MDL 3071 Plaintiffs. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00410, 3:23–cv–00742(Herzfeld, Tricia) (Entered: 11/08/2023) |
| 11/08/2023 | Ï 69 | RESPONSE in Opposition re (38 in 3:23–cv–00742, 568 in 3:23–md–03071, 77 in 3:23–cv–00979) MOTION to Dismiss *Plaintiffs' Second Amended Consolidated Class Action Complaint Opposition to Apartment Income REIT Corp.'s Motion to Dismiss* filed by MDL 3071 Plaintiffs. Associated Cases: 3:23–md–03071, 3:23–cv–00742, 3:23–cv–00979(Herzfeld, Tricia) (Entered: 11/08/2023) |
| 11/08/2023 | Ï 70 | DECLARATION of Swathi Bojedla filed by MDL 3071 Plaintiffs re: (619 in 3:23–md–03071) Response in Opposition to Motion,. (Attachments: # 1 Exhibit Ex. 1 – Emails, # 2 Exhibit Ex. 2 – Emails)Associated Cases: 3:23–md–03071, 3:23–cv–00742, 3:23–cv–00979(Herzfeld, Tricia) (Entered: 11/08/2023) |
| 11/08/2023 | Ï 71 | RESPONSE in Opposition re (180 in 3:23–cv–00358, 83 in 3:23–cv–00979, 141 in 3:23–cv–00356, 166 in 3:23–cv–00379, 125 in 3:23–cv–00377, 146 in 3:23–cv–00334, 189 in 3:23–cv–00391, 171 in 3:22–cv–01082, 160 in 3:23–cv–00440, 183 in 3:23–cv–00331, 134 in 3:23–cv–00388, 234 in 3:23–cv–00326, 154 in 3:23–cv–00336, 150 in 3:23–cv–00414, 44 in 3:23–cv–00742, 130 in 3:23–cv–00345, 580 in 3:23–md–03071, 141 in 3:23–cv–00445, 168 in 3:23–cv–00380, 121 in 3:23–cv–00415, 116 in 3:23–cv–00344, 143 in 3:23–cv–00413, 209 in 3:23–cv–00357, 183 in 3:23–cv–00337, 176 in 3:23–cv–00411, 380 in 3:23–cv–00330, 99 in 3:23–cv–00419, 175 in 3:23–cv–00390, 113 in 3:23–cv–00416, 177 in 3:23–cv–00410, 207 in 3:23–cv–00389, 56 in 3:23–cv–00552, 167 in 3:23–cv–00338, 158 in 3:23–cv–00332, 241 in |

| | | |
|---|---|---|
| | | 3:23–cv–00333, 157 in 3:23–cv–00381, 130 in 3:23–cv–00412, 143 in 3:23–cv–00335, 199 in 3:23–cv–00387, 262 in 3:23–cv–00339, 220 in 3:23–cv–00378) MOTION to Dismiss *Multifamily Plaintiffs Second Amended Consolidated Class Action Complaint for failure to state a claim as to LRO* filed by MDL 3071 Plaintiffs. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Herzfeld, Tricia) (Entered: 11/08/2023) |
| 11/08/2023 | Ï 72 | DECLARATION of Tricia Herzfeld filed by MDL 3071 Plaintiffs re: (621 in 3:23–md–03071) Response in Opposition to Motion,,,,,,,,. (Attachments: # 1 Exhibit Ex. 1 – Terms of Service for Rainmaker System Modules)Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Herzfeld, Tricia) (Entered: 11/08/2023) |
| 11/08/2023 | Ï 73 | RESPONSE in Opposition re (187 in 3:23–cv–00337, 147 in 3:23–cv–00413, 87 in 3:23–cv–00979, 53 in 3:23–cv–00742, 138 in 3:23–cv–00388, 147 in 3:23–cv–00335, 117 in 3:23–cv–00416, 150 in 3:23–cv–00334, 183 in 3:23–cv–00410, 179 in 3:23–cv–00390, 125 in 3:23–cv–00415, 203 in 3:23–cv–00387, 134 in 3:23–cv–00412, 120 in 3:23–cv–00344, 193 in 3:23–cv–00391, 145 in 3:23–cv–00356, 215 in 3:23–cv–00357, 266 in 3:23–cv–00339, 171 in 3:23–cv–00338, 172 in 3:23–cv–00380, 134 in 3:23–cv–00345, 129 in 3:23–cv–00377, 170 in 3:23–cv–00379, 180 in 3:23–cv–00411, 161 in 3:23–cv–00381, 592 in 3:23–md–03071, 211 in 3:23–cv–00389, 184 in 3:23–cv–00358, 158 in 3:23–cv–00336, 154 in 3:23–cv–00414, 60 in 3:23–cv–00552, 224 in 3:23–cv–00378, 167 in 3:23–cv–00440, 245 in 3:23–cv–00333, 145 in 3:23–cv–00445, 103 in 3:23–cv–00419) MOTION to Dismiss for Failure to State a Claim *Motion to Dismiss Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint* filed by MDL 3071 Plaintiffs. Associated Cases: 3:23–md–03071, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Herzfeld, Tricia) (Entered: 11/08/2023) |
| 11/13/2023 | Ï 74 | SUMMONS returned executed by Joshua Kabisch. Essex Property Trust, Inc. served on 10/23/2023; FPI Management, Inc. served on 10/23/2023; Greystar Management Services, LLC served on 10/23/2023; Sares Regis Group Commercial, Inc. served on 10/24/2023; Simpson Property Group, LLC served on 10/23/2023. (Attachments: # 1 Attachment Executed Summons)(Herzfeld, Tricia) (Entered: 11/13/2023) |
| 11/15/2023 | Ï 75 | NOTICE by United States of America, United States of America *Statement of Interest* Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, |

| | | |
|---|---|---|
| | | 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Cheng, Yixi (Cecilia)) (Entered: 11/15/2023) |
| 11/15/2023 | Ï 76 | MEMORANDUM in Support of (627) Statement of Interest filed by United States of America. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Cheng, Yixi (Cecilia)) Modified on 11/16/2023 (lh). (Entered: 11/15/2023) |
| 11/17/2023 | Ï 77 | MOTION for Leave to File Excess Pages *Defendants' Motion for Additional Pages to Respond to the Statement of Interest of the United States* by MDL 3071 Defendants. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Srinivasan, Jay) (Entered: 11/17/2023) |
| 11/21/2023 | Ï 78 | REPLY to Response to re (180 in 3:23–cv–00358, 83 in 3:23–cv–00979, 141 in 3:23–cv–00356, 166 in 3:23–cv–00379, 125 in 3:23–cv–00377, 146 in 3:23–cv–00334, 189 in 3:23–cv–00391, 171 in 3:22–cv–01082, 160 in 3:23–cv–00440, 183 in 3:23–cv–00331, 134 in 3:23–cv–00388, 234 in 3:23–cv–00326, 154 in 3:23–cv–00336, 150 in 3:23–cv–00414, 44 in 3:23–cv–00742, 130 in 3:23–cv–00345, 580 in 3:23–md–03071, 141 in 3:23–cv–00445, 168 in 3:23–cv–00380, 121 in 3:23–cv–00415, 116 in 3:23–cv–00344, 143 in 3:23–cv–00413, 209 in 3:23–cv–00357, 183 in 3:23–cv–00337, 176 in 3:23–cv–00411, 380 in 3:23–cv–00330, 99 in 3:23–cv–00419, 175 in 3:23–cv–00390, 113 in 3:23–cv–00416, 177 in 3:23–cv–00410, 207 in 3:23–cv–00389, 56 in 3:23–cv–00552, 167 in 3:23–cv–00338, 158 in 3:23–cv–00332, 157 in 3:23–cv–00381, 241 in 3:23–cv–00333, 130 in 3:23–cv–00412, 143 in 3:23–cv–00335, 199 in 3:23–cv–00387, 262 in 3:23–cv–00339, 220 in 3:23–cv–00378) MOTION to Dismiss *Multifamily Plaintiffs Second Amended Consolidated Class Action Complaint for failure to state a claim as to LRO* filed by Equity Residential, Equity Residential. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, |

| | | |
|---|---|---|
| | | 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Hittinger, Carl) (Entered: 11/21/2023) |
| 11/22/2023 | Ï 79 | REPLY to Response to re (38 in 3:23–cv–00742, 568 in 3:23–md–03071, 77 in 3:23–cv–00979) MOTION to Dismiss *Plaintiffs' Second Amended Consolidated Class Action Complaint* filed by Apartment Income REIT Corp. Associated Cases: 3:23–md–03071, 3:23–cv–00742, 3:23–cv–00979(Reilly, Kathryn) (Entered: 11/22/2023) |
| 11/22/2023 | Ï 80 | DECLARATION of Judith Youngman filed by Apartment Income REIT Corp re: (113 in 3:23–cv–00979) Reply to Response to Motion,. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)Associated Cases: 3:23–md–03071, 3:23–cv–00742, 3:23–cv–00979(Reilly, Kathryn) (Entered: 11/22/2023) |
| 11/22/2023 | Ï 81 | REPLY to Response to re (147 in 3:23–cv–00413, 87 in 3:23–cv–00979, 53 in 3:23–cv–00742, 177 in 3:22–cv–01082, 183 in 3:23–cv–00410, 215 in 3:23–cv–00357, 592 in 3:23–md–03071, 60 in 3:23–cv–00552, 224 in 3:23–cv–00378, 167 in 3:23–cv–00440, 164 in 3:23–cv–00332) MOTION to Dismiss for Failure to State a Claim *Motion to Dismiss Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint* filed by MDL 3071 Defendants. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00440, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Srinivasan, Jay) (Entered: 11/22/2023) |
| 11/22/2023 | Ï 82 | REPLY to Response to re (581 in 3:23–md–03071) MOTION to Dismiss *for Failure to Plead Agency Liability* filed by Apartment Management Consultants, LLC, Avenue5 Residential LLC, Avenue5 Residential, LLC, Bozzuto Management Company, FPI Management Inc, FPI Management, Inc., Pinnacle Property Management Services LLC, Pinnacle Property Management Services, LLC, ZRS Management LLC, ZRS Management, LLC. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Reinker, Kenneth) (Entered: 11/22/2023) |
| 11/22/2023 | Ï 83 | REPLY to Response to re (162 in 3:23–cv–00332, 590 in 3:23–md–03071, 175 in 3:22–cv–01082, 181 in 3:23–cv–00410, 51 in 3:23–cv–00742, 213 in 3:23–cv–00357) MOTION Motion to Enforce Class Action Waivers filed by ALLIED ORION GROUP, LLC, Apartment Income REIT Corp, Avenue5 Residential, LLC, BH Management Services, LLC, Bell Partners Inc., Bozzuto Management Company, Brookfield Properties Multifamily LLC, CH Real Estate Services LLC, CONAM Management Corporation, CONTI Texas Organization, Inc., d/b/a CONTI Capital, CWS Apartment Homes LLC, Camden Property Trust, Cortland Management, LLC, Crow Holdings, LP, Dayrise Residential, LLC, ECI Management, LLC, Equity Residential, Essex Property Trust, Inc., FPI Management, Inc., Greystar Management Services, LLC, Highmark Residential, LLC, Independence Realty Trust, Inc., Kairoi Management, LLC, Knightvest Residential, Lantower Luxury Living LLC, Lincoln Property Company, MidAmerica Apartment Communities, Inc., Mission Rock Residential, LLC, Morgan Properties Management Company, LLC, Pinnacle Property Management Services, LLC, Prometheus Real Estate Group, Inc., RPM Living, LLC, RealPage, Inc., Related Management Company L.P., Rose Associates Inc, Sares Regis Group Commercial, Inc., Security Properties Residential, LLC, Sherman Associates, Inc., Simpson Property Group, LLC, THOMA BRAVO, L.P., The Related Companies L.P., Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIV, L.P., Thrive Communities |

| | | |
|---|---|---|
| | | Management, LLC, Trammell Crow Residential Company, UDR, Inc., WINNCOMPANIES LLC, Windsor Property Management Company, WinnResidential Manager Corp., ZRS Management, LLC. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00410, 3:23–cv–00742(Holt, Ryan) (Entered: 11/22/2023) |
| 11/22/2023 | Ï 84 | REPLY to Response to re (53 in 3:23–cv–00792, 62 in 3:23–cv–00757, 572 in 3:23–md–03071) MOTION to Dismiss *Student Plaintiffs First Amended Consolidated Class Action Complaint and Motion to Dismiss Multifamily Plaintiffs Second Amended Consolidated Class Action Complaint 573 in 3:23–md–03071* filed by THOMA BRAVO, L.P., Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIV, L.P.. (Attachments: # 1 Exhibit 1 – Highlighted Opposition)Associated Cases: 3:23–md–03071, 3:23–cv–00326, 3:23–cv–00378, 3:23–cv–00391, 3:23–cv–00445, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(McKane, Mark) (Entered: 11/22/2023) |
| 11/22/2023 | Ï 85 | RESPONSE filed by MDL 3071 Defendants re (628 in 3:23–md–03071) Memorandum in Support,,, filed by United States of America, (627 in 3:23–md–03071) Notice (Other),,, filed by United States of America *Defendants' Response to the Statement of Interest of the United States*. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Cross, David) (Entered: 11/22/2023) |
| 11/22/2023 | Ï 86 | REPLY to Response to re (47 in 3:23–cv–00742, 163 in 3:23–cv–00440, 583 in 3:23–md–03071) MOTION to Dismiss filed by CONAM Management Corporation, CONTI Texas Organization, Inc., d/b/a CONTI Capital, Essex Property Trust, Inc., Prometheus Real Estate Group, Inc., Rose Associates Inc, Sares Regis Group Commercial, Inc., Sherman Associates, Inc., Windsor Property Management Company. Associated Cases: 3:23–md–03071, 3:23–cv–00440, 3:23–cv–00742(Nagin, Benjamin) (Entered: 11/22/2023) |
| 11/29/2023 | Ï 87 | NOTICE by MDL 3071 Plaintiffs re (618 in 3:23–md–03071) Response in Opposition to Motion, *NOTICE OF SUPPLEMENTAL AUTHORITY REGARDING DEFENDANTS MOTION TO ENFORCE CLASS ACTION WAIVERS* Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00410, 3:23–cv–00742(Herzfeld, Tricia) (Entered: 11/29/2023) |
| 11/30/2023 | Ï 88 | MOTION for attorney Travis C. Wheeler to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC–3964320) by Bell Partners Inc.. (Attachments: # 1 Exhibit Certificate of Good Standing)Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Siller, Margaret) (Entered: 11/30/2023) |
| 11/30/2023 | Ï 89 | MOTION for attorney Mark C. Moore to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC–3964343) by Bell Partners Inc.. (Attachments: # 1 Exhibit Certificate of Good |

| | | |
|---|---|---|
| | | Standing)Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Siller, Margaret) (Entered: 11/30/2023) |
| 11/30/2023 | Ï 90 | MOTION for attorney Michael K. Molzberger to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC–3964356) by CWS Apartment Homes LLC. Associated Cases: 3:23–md–03071, 3:23–cv–00326, 3:23–cv–00330, 3:23–cv–00339, 3:23–cv–00389, 3:23–cv–00414, 3:23–cv–00440, 3:23–cv–00742, 3:23–cv–00979(Molzberger, Michael) Modified on 1/4/2024 (lh). (Entered: 11/30/2023) |
| 12/01/2023 | Ï 91 | NOTICE by Morgan Properties Management Company, LLC *[NOTICE OF WITHDRAWAL OF COUNSEL]* Associated Cases: 3:23–md–03071, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Rosehill, Daphne) (Entered: 12/01/2023) |
| 12/04/2023 | Ï 92 | RESPONSE filed by ALLIED ORION GROUP, LLC, Apartment Income REIT Corp, Avenue5 Residential, LLC, BH Management Services, LLC, Bell Partners Inc., Bozzuto Management Company, Brookfield Properties Multifamily LLC, CH Real Estate Services LLC, CONAM Management Corporation, CONTI Texas Organization, Inc., d/b/a CONTI Capital, CWS Apartment Homes LLC, Camden Property Trust, Cortland Management, LLC, Crow Holdings, LP, Dayrise Residential, LLC, ECI Management, LLC, Equity Residential, Essex Property Trust, Inc., FPI Management, Inc., Greystar Management Services, LLC, Highmark Residential, LLC, Independence Realty Trust, Inc., Kairoi Management, LLC, Knightvest Residential, Lantower Luxury Living LLC, Lincoln Property Company, MidAmerica Apartment Communities, Inc., Mission Rock Residential, LLC, Morgan Properties Management Company, LLC, Pinnacle Property Management Services, LLC, Prometheus Real Estate Group, Inc., RPM Living, LLC, RealPage, Inc., Related Management Company L.P., Rose Associates Inc, Sares Regis Group Commercial, Inc., Security Properties Residential, LLC, Sherman Associates, Inc., Simpson Property Group, LLC, THOMA BRAVO, L.P., The Related Companies L.P., Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIV, L.P., Thrive Communities Management, LLC, Trammell Crow Residential Company, UDR, Inc., WINNCOMPANIES LLC, Windsor Property Management Company, WinnResidential Manager Corp., ZRS Management, LLC re (203 in 3:23–cv–00410, 646 in 3:23–md–03071, 183 in 3:23–cv–00332, 236 in 3:23–cv–00357, 196 in 3:22–cv–01082, 87 in 3:23–cv–00742) Notice (Other), filed by MDL 3071 Plaintiffs . Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00410, 3:23–cv–00742(Holt, Ryan) (Entered: 12/04/2023) |
| 12/04/2023 | Ï 93 | ORDER: The Court sets oral argument on December 11, 2023, at 1:00 p.m., limited to Defendants Motion to Dismiss Student Plaintiffs First Amended Consolidated Class Action Complaint (Doc. No. 587) and Defendants Motion to Dismiss Multifamily Plaintiffs Second Amended Consolidated Class Action Complaint (Doc. No. 592). The Court will hear arguments from the Plaintiffs, Defendants and the United States of America. Signed by Chief Judge Waverly D. Crenshaw, Jr on 12/04/2023. Motion Hearing set for 12/11/2023 01:00 PM in Courtroom 6B before Chief Judge Waverly D. Crenshaw Jr. Associated Cases: 3:23–md–03071 and ALL MEMBER CASES. **(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 12/04/2023) |
| 12/04/2023 | Ï 94 | MOTION for attorney RACHAEL RACINE to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC–3966509) by Morgan Properties Management Company, LLC. (Attachments: # |

| | | |
|---|---|---|
| | | 1 Exhibit A – Certificate of Good Standing)Associated Cases: 3:23–md–03071, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Bank, Jeffrey) Modified on 12/6/2023 (lh). (Entered: 12/04/2023) |
| 12/05/2023 | Ï 95 | ORDER denying with out prejudice Apartment Income Reit Corporation's ("AIR") Motion to Dismiss (568). Plaintiffs attempt to amend the Second Consolidated Class Action Complaint (Doc. No. 530) through the Declaration of Plaintiffs counsel is in no way respectful of the Federal Rules of Civil Procedure, and thus the attempted amendment is not properly before the Court. As a result, the Court cannot properly consider AIRs motion. Counsel for Plaintiffs and AIR shall meet and confer, in person, to resolve the above dispute within 5 days of this Order. If they are unable to do so, they shall meet with Magistrate Judge Barbara Holmes to resolve the dispute. Signed by Chief Judge Waverly D. Crenshaw, Jr on 12/05/2023. Associated Cases: 3:23–md–03071, 3:23–cv–00742, 3:23–cv–00792**(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 12/05/2023) |
| 12/05/2023 | Ï 96 | ORDER granting (648) and (649): Having satisfied the requirements of Local Rule 83.01(b), the Motions for Travis C. Wheeler and Mark C. Moore to Appear Pro Hac Vice are granted. Signed by Lynda M. Hill on 12/05/2023. Associated Cases: 3:23–md–03071 and ALL MEMBER CASES. (lh) (Entered: 12/05/2023) |
| 12/05/2023 | Ï 97 | ORDER granting (650): Having satisfied the requirements of Local Rule 83.01(b), the Motion for Michael K. Molzberger to Appear Pro Hac Vice is granted. Signed by Lynda M. Hill, Clerk of Court, on 12/05/2023. Associated Cases: 3:23–md–03071, 3:23–cv–00326, 3:23–cv–00330, 3:23–cv–00339, 3:23–cv–00389, 3:23–cv–00414, 3:23–cv–00440, 3:23–cv–00742, 3:23–cv–00979(lh) (Entered: 12/05/2023) |
| 12/05/2023 | Ï 98 | ORDER granting (655): Having satisfied the requirements of Local Rule 83.01(b), the Motion for Rachael Racine to Appear Pro Hac Vice is granted. Signed by Lynda M. Hill, Clerk of Court, on 12/05/2023. Associated Cases: 3:23–md–03071, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(lh) (Entered: 12/05/2023) |
| 12/06/2023 | Ï 99 | NOTICE of Appearance by Rachael Racine on behalf of Morgan Properties Management Company, LLC Associated Cases: 3:23–md–03071, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Racine, Rachael) (Entered: 12/06/2023) |
| 12/06/2023 | Ï 100 | NOTICE by United States of America re (654 in 3:23–md–03071, 654 in 3:23–md–03071) Order Setting Hearing on Motion,,, Set Deadlines/Hearings,, *of Participation in Oral Argument* Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Tackeff, Michael) (Entered: 12/06/2023) |
| 12/06/2023 | Ï 101 | ORDER: Plaintiffs Nancy Alexander, Joshua Kabisch and Mia Lauder have filed a Notice of Dismissals Without Prejudice (Doc. No. 564) for certain Defendants: 1. Plaintiff Nancy Alexander dismisses all claims and causes of action against Defendant Equity Resident in Case No. 3:23–cv–00440; 2. Plaintiff Joshua Kabisch dismisses all claims and causes of action against Defendant Allied Orion Group LLC, in Case No. 3:23–cv–00742; and 3. Plaintiff Mia Lauder dismisses all claims and causes action against all Defendants in Case No. 3:23–cv–00757. Accordingly, the above claims and Defendants are DISMISSED WITHOUT PREJUDICE.. Signed by Chief Judge Waverly D. Crenshaw, Jr on 12/06/2023. Associated Cases: |

| | | |
|---|---|---|
| | | 3:23–md–03071, 3:23–cv–00440, 3:23–cv–00742, 3:23–cv–00757**(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 12/06/2023) |
| 12/07/2023 | 102 | NOTICE by MDL 3071 Defendants re (644 in 3:23–md–03071) Response (Non–Motion or 2255 Petition),,, (592 in 3:23–md–03071) MOTION to Dismiss for Failure to State a Claim *Motion to Dismiss Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint*, (587 in 3:23–md–03071) MOTION to Dismiss *Student Plaintiffs' First Amended Consolidated Class Action Complaint (ECF NO. 527) Notice of Supplemental Authority in Support of Defendants' Motions to Dismiss and Response to the Department of Justice's Statement of Interest* (Attachments: # 1 Exhibit 1 – United States v. Brewbaker)Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Cross, David) (Entered: 12/07/2023) |
| 12/12/2023 | | Minute Entry for proceedings held before Chief Judge Waverly D. Crenshaw, Jr: Motion Hearing held on 12/11/2023 re (187 in 3:23–cv–00337, 147 in 3:23–cv–00413, 87 in 3:23–cv–00979, 53 in 3:23–cv–00742, 177 in 3:22–cv–01082, 138 in 3:23–cv–00388, 147 in 3:23–cv–00335, 117 in 3:23–cv–00416, 150 in 3:23–cv–00334, 183 in 3:23–cv–00410, 179 in 3:23–cv–00390, 125 in 3:23–cv–00415, 384 in 3:23–cv–00330, 203 in 3:23–cv–00387, 134 in 3:23–cv–00412, 120 in 3:23–cv–00344, 193 in 3:23–cv–00391, 145 in 3:23–cv–00356, 215 in 3:23–cv–00357, 266 in 3:23–cv–00339, 171 in 3:23–cv–00338, 172 in 3:23–cv–00380, 134 in 3:23–cv–00345, 129 in 3:23–cv–00377, 238 in 3:23–cv–00326, 170 in 3:23–cv–00379, 180 in 3:23–cv–00411, 161 in 3:23–cv–00381, 592 in 3:23–md–03071, 211 in 3:23–cv–00389, 184 in 3:23–cv–00358, 158 in 3:23–cv–00336, 154 in 3:23–cv–00414, 60 in 3:23–cv–00552, 224 in 3:23–cv–00378, 167 in 3:23–cv–00440, 245 in 3:23–cv–00333, 187 in 3:23–cv–00331, 145 in 3:23–cv–00445, 103 in 3:23–cv–00419, 164 in 3:23–cv–00332) MOTION to Dismiss for Failure to State a Claim *Motion to Dismiss Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint* filed by MDL 3071 Defendants, (587 in 3:23–md–03071, 59 in 3:23–cv–00792, 66 in 3:23–cv–00757) MOTION to Dismiss *Student Plaintiffs' First Amended Consolidated Class Action Complaint (ECF NO. 527)* filed by Greystar Management Services, LLC, B.HOM Student Living LLC, BH Management Services, LLC, TREV Management II LLC, CA Student Living Operating Company, LLC, Thoma Bravo L.P., Campus Advantage Inc, Cardinal Group Holdings LLC, Thoma Bravo Fund XIII, L.P., RealPage Inc, Thoma Bravo Fund XIV, L.P., Timberline Real Estate Ventures LLC. (Court Reporter Lise Matthews.) Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Hearing lasted 4:40)(Seay, Melissa) Modified on 12/12/2023 (lh). (Entered: 12/12/2023) |
| 12/12/2023 | 103 | WITNESS/EXHIBIT LIST prepared by Deputy Clerk. re: Motion Hearing held on 12/11/2023 re MOTION to Dismiss for Failure to State a Claim Motion to Dismiss Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint filed by MDL 3071 Defendants, (587 in |

| | | |
|---|---|---|
| | | 3:23−md−03071, 59 in 3:23−cv−00792, 66 in 3:23−cv−00757) MOTION to Dismiss Student Plaintiffs' First Amended Consolidated Class Action Complaint (ECF NO. 527) filed by Greystar Management Services, LLC, B.HOM Student Living LLC, BH Management Services, LLC, TREV Management II LLC, CA Student Living Operating Company, LLC, Thoma Bravo L.P., Campus Advantage Inc, Cardinal Group Holdings LLC, Thoma Bravo Fund XIII, L.P., RealPage Inc, Thoma Bravo Fund XIV, L.P., Timberline Real Estate Ventures LLC. Associated Cases: 3:23−md−03071 and All Member Cases (lh) (Entered: 12/12/2023) |
| 12/13/2023 | 104 | ORDER granting (665): Having satisfied the requirements of Local Rule 83.01(b), the Motion for Caitlin E. Keiper to Appear Pro Hac Vice is granted. Signed by Lynda M. Hill, Clerk of Court, on 12/13/2023. Associated Cases: 3:23−md−03071 and All Member Cases. (lh) (Entered: 12/13/2023) |
| 12/13/2023 | | NOTICE TO FILER re DE# 666: The pending pro hac vice motion for James G. Kress does not comply with the Court's local rules because the declaration is not signed by the attorney seeking admission. The filer must submit a signed declaration within five (5) business days. Associated Cases: 3:23−md−3071 and All Member Cases.(lh) (Entered: 12/13/2023) |
| 12/15/2023 | 105 | ORDER granting (671): Having satisfied the requirements of Local Rule 83.01(b), the Motion for James G. Kress to Appear Pro Hac Vice is granted. Signed by Lynda M. Hill, Clerk of Court, on 12/15/2023. Associated Cases: 3:23−md−03071 and All Member Cases.(lh) (Entered: 12/15/2023) |
| 12/27/2023 | 106 | ORDER granting (678): Plaintiffs Motion to Withdraw as Attorney of Record (Doc. No. 678, Case No. 3:23−md−3071) is GRANTED and Mr. Steven N. Williams is terminated as counsel for the Plaintiffs in the above listed cases. The Plaintiffs will continue to be represented by Joseph R. Saveri, Cadio Zirpoli, Kevin E. Rayhill and Kathleen J. McMahon of Joseph Saveri Law Firm. Signed by Chief Judge Waverly D. Crenshaw, Jr on 12/27/2023. Associated Cases: 3:23−md−03071, 3:23−cv−00378, 3:23−cv−00380, 3:23−cv−00391, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979 **(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 12/27/2023) |
| 12/28/2023 | 107 | MEMORANDUM OPINION OF THE COURT regarding Thoma Bravo Defendants' Motions to Dismiss Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint (Doc. No. 570) and the Student Plaintiffs' First Amended Consolidated Class Action Complaint (Doc. No. 572). See Omnibus Order (Doc. No. 691) entered 12/28/2023. Signed by Chief Judge Waverly D. Crenshaw, Jr on 12/28/2023. Associated Cases: 3:23−md−03071, 3:23−cv−00326, 3:23−cv−00378, 3:23−cv−00391, 3:23−cv−00445, 3:23−cv−00742, 3:23−cv−00757, 3:23−cv−00792, 3:23−cv−00979**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(vk) Modified on 12/28/2023 (vk). (Entered: 12/28/2023) |
| 12/28/2023 | 108 | MEMORANDUM OPINION OF THE COURT regarding the Motion to Dismiss LRO Claims for Failure to State a Claim (Doc. No. 580). See Omnibus Order (Doc. No. 691) entered 12/28/2023. Signed by Chief Judge Waverly D. Crenshaw, Jr on 12/28/2023. Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00326, 3:23−cv−00329, 3:23−cv−00330, 3:23−cv−00331, 3:23−cv−00332, 3:23−cv−00333, 3:23−cv−00334, 3:23−cv−00335, 3:23−cv−00336, 3:23−cv−00337, 3:23−cv−00338, 3:23−cv−00339, 3:23−cv−00344, 3:23−cv−00345, 3:23−cv−00356, 3:23−cv−00357, 3:23−cv−00358, 3:23−cv−00377, 3:23−cv−00378, 3:23−cv−00379, 3:23−cv−00380, 3:23−cv−00381, 3:23−cv−00387, 3:23−cv−00388, 3:23−cv−00389, 3:23−cv−00390, 3:23−cv−00391, 3:23−cv−00410, 3:23−cv−00411, 3:23−cv−00412, 3:23−cv−00413, 3:23−cv−00414, 3:23−cv−00415, 3:23−cv−00416, 3:23−cv−00419, 3:23−cv−00440, 3:23−cv−00445, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00757, 3:23−cv−00792, 3:23−cv−00979**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(vk) Modified on 12/28/2023 (vk). (Entered: 12/28/2023) |

| | | |
|---|---|---|
| 12/28/2023 | 109 | MEMORANDUM OPINION OF THE COURT regarding Certain Defendants' Motion to Dismiss for Failure to Plead Agency Liability (Doc. No. 581). See Omnibus Order (Doc. No. 691) entered on 12/28/2023. Signed by Chief Judge Waverly D. Crenshaw, Jr on 12/28/2023. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979**(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(vk) Modified on 12/28/2023 (vk). (Entered: 12/28/2023) |
| 12/28/2023 | 110 | MEMORANDUM OPINION OF THE COURT regarding Defendants' Motion to Enforce Class Action Waivers (Doc. No. 590). See Omnibus Order (Doc. No. 691) entered 12/28/2023. Signed by Chief Judge Waverly D. Crenshaw, Jr on 12/28/2023. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00410, 3:23–cv–00742**(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(vk) Modified on 12/28/2023 (vk). (Entered: 12/28/2023) |
| 12/28/2023 | 111 | MEMORANDUM OPINION OF THE COURT regarding Defendants' Motion to Dismiss Student Plaintiffs' First Amended Consolidated Class Action Complaint (Doc. No. 587) and Defendants' Motion to Dismiss Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint (Doc. No. 592). See Omnibus Order (Doc. No. 691) entered 12/28/2023. Signed by Chief Judge Waverly D. Crenshaw, Jr on 12/28/2023. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979**(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(vk) Modified on 12/28/2023 (vk). (Entered: 12/28/2023) |
| 12/28/2023 | 112 | OMNIBUS ORDER: This Omnibus Order resolves several motions to dismiss (Doc. Nos. 570, 572, 576, 580, 581, 587, 590, and 592), as follows: (1) For the reasons stated in the Memorandum Opinion (Doc. No. 685), Thoma Bravo Defendants' Motions to Dismiss Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint (Doc. No. 570) and the Student Plaintiffs' First Amended Consolidated Class Action Complaint (Doc. No. 572) are DENIED; (2) For the reasons in the Memorandum Opinion (Doc. No. 686), TREV Management II LLC's Motion to Dismiss Student–Housing Plaintiffs First Amended Consolidated Class Action Complaint (Doc. No. 576) is GRANTED, and TREV Management II LLC is DISMISSED WITH PREJUDICE from the Student Complaint; (3) For the reasons in the Memorandum Opinion (Doc. No. 687), the Motion to Dismiss LRO Claims for Failure to State a Claim (Doc. No. 580) is DENIED; (4) For the reasons in the Memorandum Opinion (Doc. No. 688), Certain Defendants' Motion to Dismiss for Failure to Plead Agency Liability (Doc. No. 581) is DENIED; (5) For the reasons in the Memorandum Opinion (Doc. No. 690), Defendants' Motions to Dismiss Student Plaintiffs First Amended Consolidated Class Action Complaint (Doc. No. 587) is GRANTED, and Defendants' Motion to Dismiss Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint (Doc. No. 592) is DENIED; (6) For the reasons in the Memorandum Opinion (Doc. No. 689), |

Defendants' Motion to Enforce Class Action Waivers (Doc. No. 590) is GRANTED IN PART and DENIED IN PART. The motion is GRANTED as to the class action waiver of Selena Vincin and her class action claims are DISMISSED WITHOUT PREJUDICE. The motion is DENIED as to the class action waivers for Brandon Watters and Jeffrey Weaver. The motion is GRANTED IN PART and DENIED IN PART as to the class action waivers for Joshua Kabisch and Meghan Cherry. Signed by Chief Judge Waverly D. Crenshaw, Jr on 12/28/2023. Associated Cases: 3:23–md–03071 et al.Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979**(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(vk) Modified on 12/28/2023 (vk). (Entered: 12/28/2023)

| | | |
|---|---|---|
| 01/05/2024 | 113 | ORDER: For the reasons discussed at the telephonic status conference with Plaintiffs' Co–Lead Counsel Patrick Coughlin and Defendants' Liaison Lead Counsel Jay Srinivasan, the parties shall file their Joint Proposed Rule 26(f) Report and Case Management Order no later than February 9, 2024. An in–person hearing on the proposal is set for 1:00 p.m. on February 16, 2024. Additionally, as discussed, Plaintiffs shall disclose any third–party litigation funding sources no later than February 9, 2024. After this date, Plaintiffs must disclose any new third–party litigation funding sources without delay. Signed by Chief Judge Waverly D. Crenshaw, Jr on 1/5/2024. **(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(vk) (Entered: 01/05/2024) |
| 01/08/2024 | 114 | MOTION to Dismiss *(Renewed Motion to Dismiss Second Amended Consolidated Class Action Complaint)* by Apartment Income REIT Corp. Associated Cases: 3:23–md–03071, 3:23–cv–00742, 3:23–cv–00979(Reilly, Kathryn) (Entered: 01/08/2024) |
| 01/08/2024 | 115 | MEMORANDUM in Support of (143 in 3:23–cv–00979) MOTION to Dismiss *(Renewed Motion to Dismiss Second Amended Consolidated Class Action Complaint)* filed by Apartment Income REIT Corp *(Memorandum of Points and Authorities)*. Associated Cases: 3:23–md–03071, 3:23–cv–00742, 3:23–cv–00979(Reilly, Kathryn) (Entered: 01/08/2024) |
| 01/10/2024 | 116 | ORDER: On January 9, 2024, the Court held a telephonic status conference regarding the pending Motion to Dismiss Tennessee Actions for Lack of Personal Jurisdiction and Improper Venue (Doc. No. 583). During the conference, the Court indicated and counsel discussed that 28 U.S.C. § 1631 permits transfer instead of dismissal, which would more likely than not return the case to this Court. For the reasons discussed, the parties shall meet and confer on the preservation of Defendants jurisdictional arguments in light of the practical implications of transfer in multidistrict litigation and jointly file notice on the extent of their agreement by 3:00 p.m. on January 19, 2024. Plaintiffs Counsel Swathi Bojedla and Defendant ConAm Management Corporations counsel Benjamin Nagin shall organize the meet and confer and joint notice. Signed by Chief Judge Waverly D. Crenshaw, Jr on 01/10/2024. Associated Cases: 3:23–md–03071, 3:23–cv–00440, 3:23–cv–00742**(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 01/10/2024) |
| 01/17/2024 | 117 | ORDER: The Court approves the parties' agreement that Defendants will file their answers to Multifamily Plaintiffs' Second Amended Consolidated Class Action Complaint on or before Monday, February 5, 2024. Signed by Chief Judge Waverly D. Crenshaw, Jr. on 1/17/2023. **(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(vk) (Entered: 01/17/2024) |

| 01/17/2024 | 118 | ORDER The Court has been notified and approves the additional counsel identified below as members of Plaintiffs Steering Committee: Daniel Herrera, Cafferty Clobes Meriwether and Sprengel LLP; Christian Levis, Lowey Dannenberg, P.C.; Joseph Saveri, Joseph Saveri Law Firm, LLP; Benjamin Widlanski, Koyzak Tropin and Throckmorton LLP; Walter Noss, Korein Tillery P.C., and Michaela Wallin, Berger Montague. Signed by Chief Judge Waverly D. Crenshaw, Jr on 01/17/2024. Associated Cases: 3:23−md−03071 and All Member Cases **(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 01/17/2024) |
|---|---|---|
| 01/18/2024 | 119 | ORDER granting (704): The Motion to Withdraw from Plaintiffs' Steering Committee (704) is GRANTED and Steve W. Berman is removed from Plaintiffs' Steering Committee. Signed by Chief Judge Waverly D. Crenshaw, Jr on 01/18/2024. Associated Cases: 3:23−md−03071 and All Member Cases.**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 01/18/2024) |
| 01/19/2024 | 120 | STATUS REPORT *Joint Status Report Concerning Personal Jurisdiction* by MDL 3071 Plaintiffs. Associated Cases: 3:23−md−03071, 3:23−cv−00742(Herzfeld, Tricia) (Entered: 01/19/2024) |
| 01/22/2024 | 121 | RESPONSE in Opposition re (114 in 3:23−cv−00742, 695 in 3:23−md−03071, 143 in 3:23−cv−00979) MOTION to Dismiss *(Renewed Motion to Dismiss Second Amended Consolidated Class Action Complaint)* filed by MDL 3071 Plaintiffs. Associated Cases: 3:23−md−03071, 3:23−cv−00742, 3:23−cv−00979(Herzfeld, Tricia) (Entered: 01/22/2024) |
| 01/29/2024 | 122 | REPLY to Response to re (114 in 3:23−cv−00742, 143 in 3:23−cv−00979, 695 in 3:23−md−03071) MOTION to Dismiss *(Renewed Motion to Dismiss Second Amended Consolidated Class Action Complaint)* filed by Apartment Income REIT Corp. Associated Cases: 3:23−md−03071, 3:23−cv−00742, 3:23−cv−00979(Reilly, Kathryn) (Entered: 01/29/2024) |
| 01/29/2024 | 123 | Joint MOTION to Stay re (114 in 3:23−cv−00742, 695 in 3:23−md−03071, 143 in 3:23−cv−00979) MOTION to Dismiss *(Renewed Motion to Dismiss Second Amended Consolidated Class Action Complaint)*, (144 in 3:23−cv−00979, 115 in 3:23−cv−00742, 696 in 3:23−md−03071) Memorandum in Support, *Defendant Apartment Income Reit Corp.s And Plaintiffs Joint Motion To Stay Resolution Of Airs Renewed Motion To Dismiss Plaintiffs Second Amended Consolidated Class Action Complaint* by Apartment Income REIT Corp. Associated Cases: 3:23−md−03071, 3:23−cv−00742, 3:23−cv−00979(Reilly, Kathryn) (Entered: 01/29/2024) |
| 01/31/2024 | 124 | ORDER granting (710): Defendant Apartment Income REIT Corp.'s ("AIR's") and Plaintiffs' Joint Motion to Stay resolution of AIRs Renewed Motion to Dismiss Plaintiffs Second Amended Consolidated Class Action Complaint (Doc. Nos. 695, 696) through Monday, February 5, 2024, is GRANTED. Signed by Chief Judge Waverly D. Crenshaw, Jr on 01/31/2024. Associated Cases: 3:23−md−03071, 3:23−cv−00742, 3:23−cv−00979**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) Modified on 1/31/2024 (lh). (Entered: 01/31/2024) |
| 01/31/2024 | 125 | ORDER: Pending before the Court is Defendants ConAm Management Corporation, Conti Texas Organization Inc., d/b/a CONTI Capital, Essex Property Trust, Inc., Prometheus Real Estate Group, Inc., Rose Associates, Inc., Sares Regis Group Commercial, Inc., Sherman Associates, Inc., and Windsor Property Management Companys Motion to Dismiss Tennessee Actions for Lack of Personal Jurisdiction and Improper Venue. (Doc. No. 583).... Given that transfer may be more appropriate than dismissal, the Court directs all counsel in the pending Motion to meet and confer on the likelihood of transfer by no later than February 5, 2024. If the parties cannot reach an agreement, then by February 9, 2024, the parties shall file briefs no more than seven pages on whether transfer or dismissal is most appropriate. Signed by Chief Judge Waverly D. Crenshaw, Jr on 01/31/2024. Associated Cases: 3:23−md−03071, 3:23−cv−00742**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE** |

| | | |
|---|---|---|
| | | **ORDER.)**(lh) (Entered: 01/31/2024) |
| 01/31/2024 | 126 | NOTICE of Voluntary Dismissal by Joshua Kabisch Associated Cases: 3:23–md–03071, 3:23–cv–00742(Herzfeld, Tricia) (Entered: 01/31/2024) |
| 02/02/2024 | 127 | Joint MOTION to stay Pinnacle's Answer Deadline by MDL 3071 Plaintiffs. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Herzfeld, Tricia) (Entered: 02/02/2024) |
| 02/05/2024 | 128 | NOTICE of Settlement *and Joint Motion for Relief to Finalize Settlement* by MDL 3071 Plaintiffs Associated Cases: 3:23–md–03071, 3:23–cv–00742, 3:23–cv–00979(Herzfeld, Tricia) (Entered: 02/05/2024) |
| 02/05/2024 | 129 | ORDER granting (714): Plaintiffs' and Defendant Pinnacle Property Management Services, LLC's Joint Motion to Stay Pinnacle's Answer Deadline is GRANTED. Signed by Chief Judge Waverly D. Crenshaw, Jr on 02/05/2024. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979**(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/05/2024) |
| 02/05/2024 | 130 | NOTICE: Counsel having technical issues filing answers to the Second Amended Complaint 530 may call the Clerk of Court Lynda Hill directly at 615–609–0089 for further instruction. Associated Cases: 3:23–md–03071 and All Member Cases. (Entered: 02/05/2024) |
| 02/05/2024 | 131 | AMENDED COMPLAINT *Second Amended Consolidated Class Action Complaint* against MDL 3071 Defendants, filed by MDL 3071 Plaintiffs. (Attachments: # 1 Attachment Appendix A – Chart of Managers, Operators and Owners, # 2 Attachment Appendix B – Graphs of Average Asking rent per unit, # 3 Attachment Appendix C – Chart of MSAs in which Defendants Operate Multifamily Units)Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Herzfeld, Tricia) (Entered: 02/05/2024) |
| 02/05/2024 | 132 | ANSWER Independence Realty Trust, Inc. *of Answer to Second Amended Complaint 728* Associated Cases: 3:23–md–03071, 3:23–cv–00333, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00390, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Ingalls, Thomas) Modified on 2/5/2024 (lh). (Entered: 02/05/2024) |
| 02/05/2024 | 133 | ANSWER of MidAmerica Apartment Communities, Inc., Mid–America Apartment Communities, Inc., Mid–America Apartments, LP re Second Amended Class Action Complaint( 530 and 728 in 3:23–md–03071) Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00410, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Miller, Britt) Modified on 2/5/2024 (lh). (Entered: 02/05/2024) |
| 02/05/2024 | 134 | NOTICE by MDL 3071 Plaintiffs re (728 in 3:23–md–03071) Concerning Re–Filing of Second Amended Complaint Across All Member Cases Associated Cases: 3:23–md–03071 and All Member Cases (Herzfeld, Tricia) Modified on 2/5/2024 (lh). (Entered: 02/05/2024) |
| 02/05/2024 | 135 | |

| | | |
|---|---|---|
| | | ANSWER by WinnCompanies LLC to Second Amended Consolidated Class Action Complaint re (530) and (728) in 3:23–md–03071). Associated Cases: 3:23–md–03071, 3:23–cv–00326, 3:23–cv–00378, 3:23–cv–00380, 3:23–cv–00391, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00742, 3:23–cv–00979(lh) (Entered: 02/05/2024) |
| 02/05/2024 | 136 | ANSWER by THOMA BRAVO, L.P., Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIV, L.P. re (728 in 3:23–md–03071) To Plaintiffs Second Amended Consolidated Class Action Complaint Associated Cases: 3:23–md–03071, 3:23–cv–00378, 3:23–cv–00742, 3:23–cv–00979(McKane, Mark) Modified on 2/5/2024 (lh). (Entered: 02/05/2024) |
| 02/05/2024 | 137 | ANSWER by BH Management Services, LLC (728 in 3:23–md–03071) To Plaintiffs' Second Amended Consolidated Class Action Complaint Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Simmons, Ian) Modified on 2/5/2024 (lh). (Entered: 02/05/2024) |
| 02/05/2024 | 138 | ANSWER by Highmark Residential, LLC re (728 in 3:23–md–03071) Second Amended Complaint Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00378, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Bonanno, Michael) Modified on 2/5/2024 (lh). (Entered: 02/05/2024) |
| 02/05/2024 | 139 | ANSWER by Greystar Management Services, LLC to SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT (728) Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Cumby, Joshua) Modified on 2/5/2024 (lh). (Entered: 02/05/2024) |
| 02/05/2024 | 140 | ANSWER to Complaint *Second Amended Consolidated Class Action Complaint* by Related Management Company L.P., The Related Companies L.P..(Rusie, Jennifer) (Entered: 02/05/2024) |
| 02/05/2024 | 141 | ANSWER DEFENDANT SECURITY PROPERTIES RESIDENTIAL, LLCS ANSWER TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT 530 Associated Cases: 3:23–md–03071, 3:23–cv–00326, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00378, 3:23–cv–00380, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00414, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00742(Vasquez, Jose) Modified on 2/6/2024 (lh). (Entered: 02/05/2024) |
| 02/05/2024 | 216 | Mission Rock Residential, LLC ANSWER to Complaint (DE 530 and 728) Amended Complaint; Related to All Cases by MDL 3071 Defendants.(Burnside, Frederick) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 217 | FPI Management, Inc.'s ANSWER to (DE 530 and 728) Amended Complaint, Related to All Cases by FPI Management, Inc..(Samel, Charles) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 218 | ANSWER to (DE 530 and 728) Second Amended Complaint by ZRS Management LLC.(Thorsen, Christopher) (lh) Modified on 3/8/2024 (lh). (Entered: 03/08/2024) |
| 02/05/2024 | 219 | ANSWER by Greystar Management Services, LLC to SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT (530 and 728) Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Cumby, Joshua) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 220 | ANSWER to (DE 530 and 728) Second Amended Complaint by Realpage, Inc. Associated Cases 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00378, 3:22–cv–01082, 3:23–cv–00979, 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00552, 3:23–cv–00742 (Srinivasan, Jay) (Entered: |

| | | 02/05/2024) (lh) (Entered: 03/08/2024) |
|---|---|---|
| 02/05/2024 | 221 | DEFENDANT LINCOLN PROPERTY COMPANYS ANSWER to (DE 530 and 728) Second Amended Complaint. This filing relates to 3:22–cv–01082; 3:23–cv–00332; 3:23–cv–00357; 3:23–cv–00378; 3:23–cv–00410; 3:23–cv–00413; 3:23–cv–00552; 3:23–cv–00742; 3:23–cv–00979. by Lincoln Property Company.(Holt, Ryan) (Entered: 02/05/2024)(lh) (Entered: 03/08/2024) |
| 02/05/2024 | 222 | ANSWER to (DE 530 and 728) Second Amended Complaint by Avenue5 Residential, LLC.(Kress, James) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 223 | ANSWER to (DE 530 and 728) Second Amended Complaint by Knightvest Residential.(Wade, Cliff) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 224 | Simpson Property Group LLC's ANSWER to (DE 530 and 728) Second Amended Complaint.(Giles, Nicholas) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 225 | Apartment Management Consultants, LLC ANSWER to Complaint (DE 530 and 728) Second Amended Complaint. (Miller, Sarah) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 226 | Defendant ECI Management, LLCs ANSWER to (DE 530 and 728) Second Amended Complaint.(Cashdan, Jeffrey) (Entered: 02/05/2024)(lh) (Entered: 03/08/2024) |
| 02/05/2024 | 227 | Bozzuto Management Company's ANSWER to (DE 530 and 728) Second Amended Complaint.(Elder, Charles) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 228 | ANSWER to (DE 530 and 728) Second Amended Complaint by RPM Living, LLC.(Walton, David) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 229 | ANSWER to (DE 530 and 728) Second Amended Complaint by Morgan Properties Management Company, LLC.(Bank, Jeffrey) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 230 | CAMDEN PROPERTY TRUST'S ANSWER to Second Amended Complaint (DE 530 and 728). (Sandrock, Ryan) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 231 | ANSWER Independence Realty Trust, Inc. of Answer to Second Amended Complaint (DE 530 and 728). (Ingalls, Thomas) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 232 | Cortland Management, LLC's ANSWER to (DE 530 and 728) Second Amended Complaint. (Dyer, Thomas) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 233 | ANSWER of MidAmerica Apartment Communities, Inc., Mid–America Apartment Communities, Inc., Mid–America Apartments, LP re Second Amended Class Action Complaint (DE 530 and 728 in 3:23–md–03071) (Miller, Britt) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 234 | ANSWER Brookfield Properties Multifamily LLC's Answer to Second Amended Complaint (DE 530 and 728) (Gunn, Jeremy) (Entered: 02/05/2024)(lh) (Entered: 03/08/2024) |
| 02/05/2024 | 235 | ANSWER to (DE 530 and 728) Second Amended Complaint by Bell Partners Inc. (Parente, Michael) (Entered: 02/05/2024)(lh) (Entered: 03/08/2024) |
| 02/05/2024 | 236 | ANSWER to (DE 530 and 728) Second Amended Complaint by CWS Apartment Homes LLC.(Molzberger, Michael) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 237 | ANSWER by BH Management Services, LLC (530 and 728 in 3:23–md–03071) to Plaintiffs' Second Amended Consolidated Class Action Complaint. (Simmons, Ian) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 238 | |

| | | |
|---|---|---|
| | | ANSWER by Highmark Residential, LLC re (530 and 728 in 3:23–md–03071) Second Amended Complaint (Bonanno, Michael) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 239 | Crow Holdings LP and Trammell Crow Residential Company's ANSWER to (DE 530 and 728) Second Amended Complaint.(Buffmire, Edwin) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 240 | ANSWER to (DE 530 and 728) Second Amended Complaint by CH Real Estate Services LLC.(Foley, Danielle) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/05/2024 | 241 | ANSWER to (DE 530 and 728) Second Amended Complaint by UDR, Inc.(Cross, David) (Entered: 02/05/2024)(lh) (Entered: 03/08/2024) |
| 02/05/2024 | 242 | The Related Companies, L.P. and Related Management Company L.P. ANSWER to (DE 530 and 728) Second Amended Complaint.(Winston, Georgia) (Entered: 02/05/2024)(lh) (Entered: 03/08/2024) |
| 02/05/2024 | 243 | DEFENDANT SECURITY PROPERTIES RESIDENTIAL, LLC's ANSWER TO SECOND AMENDED CONSOLIDATED CLASS ACTION COMPLAINT (DE 530 and 728 in 23:md–3071) (Vasquez, Jose) (Entered: 02/05/2024) (lh) (Entered: 03/08/2024) |
| 02/06/2024 | 142 | MOTION for attorney Karen Hoffman Lent to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC–4006922) by Greystar Management Services, LLC. (Attachments: # 1 Attachment Certificate of Good Standing)Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Cumby, Joshua) (Entered: 02/06/2024) |
| 02/06/2024 | 143 | ORDER Plaintiff Joshua Kabisch has filed a Notice of Voluntary Dismissal of Claims against ConAm, Essex, Sherman and Windsor Without Prejudice (Doc. No. 713). Accordingly, this action is DISMISSED WITHOUT PREJUDICE against ConAm Management Corporation, Essex Property Trust, Inc., Sherman Associates, Inc., and Windsor Property Management Company. Claims against the remaining defendants remain pending. IT IS SO ORDERED. Signed by Chief Judge Waverly D. Crenshaw, Jr on 02/06/2024. Associated Cases: 3:23–md–03071, 3:23–cv–00742**(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/06/2024) |
| 02/06/2024 | 144 | MOTION for attorney Sam Auld to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC–4006935) by Greystar Management Services, LLC. (Attachments: # 1 Attachment Certificate of Good Standing)Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Cumby, Joshua) (Entered: 02/06/2024) |
| 02/06/2024 | 145 | MOTION for attorney Evan Kreiner to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC–4006968) by Greystar Management Services, LLC. (Attachments: # 1 Attachment |

| | | |
|---|---|---|
| | | Certificate of Good Standing)Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Cumby, Joshua) (Entered: 02/06/2024) |
| 02/06/2024 | 146 | MOTION for attorney Boris Bershteyn to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC–4006978) by Greystar Management Services, LLC. (Attachments: # 1 Attachment Certificate of Good Standing)Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00326, 3:23–cv–00329, 3:23–cv–00330, 3:23–cv–00331, 3:23–cv–00332, 3:23–cv–00333, 3:23–cv–00334, 3:23–cv–00335, 3:23–cv–00336, 3:23–cv–00337, 3:23–cv–00338, 3:23–cv–00339, 3:23–cv–00344, 3:23–cv–00345, 3:23–cv–00356, 3:23–cv–00357, 3:23–cv–00358, 3:23–cv–00377, 3:23–cv–00378, 3:23–cv–00379, 3:23–cv–00380, 3:23–cv–00381, 3:23–cv–00387, 3:23–cv–00388, 3:23–cv–00389, 3:23–cv–00390, 3:23–cv–00391, 3:23–cv–00410, 3:23–cv–00411, 3:23–cv–00412, 3:23–cv–00413, 3:23–cv–00414, 3:23–cv–00415, 3:23–cv–00416, 3:23–cv–00419, 3:23–cv–00440, 3:23–cv–00445, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00757, 3:23–cv–00792, 3:23–cv–00979(Cumby, Joshua) (Entered: 02/06/2024) |
| 02/08/2024 | 147 | MOTION for attorney Patrick J. Jones to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC–4009111) by BH Management Services, LLC, MDL 3071 Defendants. (Attachments: # 1 Exhibit – Certificate of Good Standing)Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Jones, Patrick) Modified on 3/4/2024 (lh). (Entered: 02/08/2024) |
| 02/09/2024 | 148 | RESPONSE in Support re (47 in 3:23–cv–00742, 583 in 3:23–md–03071) MOTION to Dismiss *Tennessee Actions for Lack of Personal Jurisdiction and Improper Venue* filed by CONTI Texas Organization, Inc., d/b/a CONTI Capital, Prometheus Real Estate Group, Inc., Rose Associates Inc, Sares Regis Group Commercial, Inc.. Associated Cases: 3:23–md–03071, 3:23–cv–00742(Zahid, Judith) (Entered: 02/09/2024) |
| 02/09/2024 | 149 | BRIEF filed by MDL 3071 Plaintiffs re (712 in 3:23–md–03071, 712 in 3:23–md–03071, 125 in 3:23–cv–00742, 125 in 3:23–cv–00742) Order,,,,,, Set Deadlines,,,,. Associated Cases: 3:23–md–03071, 3:23–cv–00742(Herzfeld, Tricia) (Entered: 02/09/2024) |
| 02/09/2024 | 150 | REPORT of Rule 26(f) Planning Meeting. (Attachments: # 1 Exhibit Exhibit 1 – Plaintiffs Proposed Scheduling Order, # 2 Exhibit Exhibit 2 – Defendants' Proposed Scheduling Order, # 3 Exhibit Exhibit 3 – Comparison Chart, # 4 Attachment Appendix A – Disputes Related to Proposed Case Management Order, # 5 Attachment Appendix B – Disputes related to Proposed ESI Protocol, # 6 Attachment Appendix C – Disputes related to proposed protective order, # 7 Attachment Appendix D – Defendants' Preservation Notice Dates, # 8 Exhibit Exhibit A1 – In re Cattle Order on Pending Resolutoin of MTDs, # 9 Exhibit Exhibit A2 – In re Cattle Beef ESI Order, # 10 Exhibit Exhibit A3 – In re Pork Order, # 11 Exhibit Exhibit A4 – Fusion Elite Scheduling Order, # 12 Exhibit Exhibit A5 – Carbone v. Brown Univ. Order, # 13 Exhibit Exhibit A6 – Uriel Pharm. v. Advocate Aurora Order, # 14 Exhibit Exhibit A7 – Team Schierl Cos. v. Aspirus Prelim Pretrial Conf Order, # 15 Exhibit Exhibit A8 – In re Google Digital Advertising Pretrial Order, # 16 Exhibit Exhibit A9 – In re Geisenger Health & Evangelical Cmty. Hosp Case Mgmt Order, # 17 Exhibit Exhibit A10 – Simon & Simon, PC v. Align Tech., Inc. Stipulated Order, # 18 Exhibit Exhibit A11 – In Re Broiler Chicken Grower Case Mgmt Order No. 1, # 19 Exhibit Exhibit A12 – In re Lipitor Further Am. Scheduling Order, # 20 Exhibit Exhibit A13 – In |

| | | |
|---|---|---|
| | | re Niaspan Corrected Seventh Am. Scheduling Order, # 21 Exhibit Exhibit A14 – In re Dental Supplies Scheduling Order, # 22 Exhibit Exhibit A15 – In re Domestic Airline Travel Antitrust Scheduling Order, # 23 Exhibit Exhibit A16 – Le v. Zuffa Scheduling Order, # 24 Exhibit Exhibit A17 – Dale et al. v. Deutsche Telekom Ag et al. Status Conf Tr. Excerpt, # 25 Exhibit Exhibit A18 – Sky Federal Credit Union v. Fair Isaac Corp. Minute Order)Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979(Herzfeld, Tricia) (Entered: 02/09/2024) |
| 02/12/2024 | 151 | ORDER granting (764), (766), (767), and (768): Having satisfied the requirements of Local Rule 83.01(b), the Motions for Karen Hoffman Lent, Sam Auld, Evan Kreiner, and Boris Bershteyn to Appear Pro Hac Vice are granted. Signed by Lynda M. Hill, Clerk of Court, on 02/12/2024. Associated Cases: 3:23−md−03071 and All Member Cases.(lh) (Entered: 02/12/2024) |
| 02/12/2024 | 152 | ORDER: Notwithstanding the parties explanation (Doc. No. 776 at 3−4), the Court would like a copy of their proposed ESI Protocol and Protective Order referenced in Doc. Nos. 776−5 and 776−6 respectively. The Court requests that they do so as soon as possible. IT IS SO ORDERED. Signed by Chief Judge Waverly D. Crenshaw, Jr on 01/12/2024. Associated Cases: 3:23−md−03071 and All Member Cases. **(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/12/2024) |
| 02/12/2024 | 153 | NOTICE of Appearance by Edward Steele Clayton, IV on behalf of Brookfield Properties Multifamily LLC Associated Cases: 3:23−md−03071, 3:23−cv−00742(Clayton, Edward) (Entered: 02/12/2024) |
| 02/12/2024 | 154 | NOTICE of Appearance by Jeremy A. Gunn on behalf of Brookfield Properties Multifamily LLC Associated Cases: 3:23−md−03071, 3:23−cv−00742(Gunn, Jeremy) (Entered: 02/12/2024) |
| 02/12/2024 | 155 | NOTICE by Brookfield Properties Multifamily LLC *Supplemental Notice of Appearance for Yehudah L. Buchweitz* Associated Cases: 3:23−md−03071, 3:23−cv−00742(Gunn, Jeremy) (Entered: 02/12/2024) |
| 02/12/2024 | 156 | NOTICE by Brookfield Properties Multifamily LLC *Supplemental Notice of Appearance for Jeffrey L. White* Associated Cases: 3:23−md−03071, 3:23−cv−00742(Gunn, Jeremy) (Entered: 02/12/2024) |
| 02/12/2024 | 157 | MOTION for attorney Robert W. Taylor to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC−4010975) by Brookfield Properties Multifamily LLC. (Attachments: # 1 Exhibit A – Certificate of Good Standing)Associated Cases: 3:23−md−03071, 3:23−cv−00742(Clayton, Edward) Modified on 3/4/2024 (lh). (Entered: 02/12/2024) |
| 02/12/2024 | 158 | ORDER granting (772): Having satisfied the requirements of Local Rule 83.01(b), the Motion for Patrick J. Jones to Appear Pro Hac Vice is granted. Signed by Lynda M. Hill, Clerk of Court, on 02/12/2024. Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979(lh) (Entered: 02/12/2024) |
| 02/12/2024 | 159 | ORDER granting (783): Having satisfied the requirements of Local Rule 83.01(b), the Motion for Robert W. Taylor to Appear Pro Hac Vice is granted. Signed by Lynda M. Hill, Clerk of Court, on 02/12/2024. Associated Cases: 3:23−md−03071, 3:23−cv−00742(lh) (Entered: 02/12/2024) |
| 02/12/2024 | 160 | Unopposed MOTION for Leave to Appear – *Motion to Excuse Live Appearance of Gregory Casas at 2/16/2024 Scheduling Conference* by Lincoln Property Company. (Attachments: # 1 Attachment Proposed Order)Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979(Casas, Gregory) (Entered: 02/12/2024) |

| 02/12/2024 | 161 | NOTICE by MDL 3071 Plaintiffs re (778 in 3:23−md−03071) Order,, *Notice of Filing Proposed Protective Order and Proposed ESI Protocol* (Attachments: # 1 Exhibit ESI Protocol (with Disputes), # 2 Exhibit Draft Protective Order (with Disputes))Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979(Herzfeld, Tricia) (Entered: 02/12/2024) |
|---|---|---|
| 02/13/2024 | 162 | ORDER granting (787): Having considered Defendant Lincoln Property Companys unopposed motion to excuse live appearance of Gregory J. Casas (Doc. No. 787), member of Defendants Liaison Counsel and Steering Committee, from appearing live at the February 16, 2024 Scheduling Conference, the Court GRANTS the motion. Signed by Chief Judge Waverly D. Crenshaw, Jr on 02/13/2024. Associated Cases: 3:23−md−03071 et al.Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/13/2024) |
| 02/13/2024 | 163 | MOTION for attorney W. Cole Geddy to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC−4012037) by Simpson Property Group, LLC. (Attachments: # 1 Exhibit A − Certificate of Good Standing)Associated Cases: 3:23−md−03071, 3:23−cv−00413, 3:23−cv−00742, 3:23−cv−00979(Geddy, William) Modified on 3/4/2024 (lh). (Entered: 02/13/2024) |
| 02/13/2024 | 164 | MOTION for attorney FARANAK TABATABAI ASL to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC−4012545) by Bozzuto Management Company. (Attachments: # 1 Attachment Certificate of Good Standing)Associated Cases: 3:23−md−03071, 3:23−cv−00378, 3:23−cv−00742, 3:23−cv−00979(Elder, Charles) Modified on 3/4/2024 (lh). (Entered: 02/13/2024) |
| 02/13/2024 | | Minute Entry for proceedings held before Chief Judge Waverly D. Crenshaw, Jr: Telephone Conference held on 2/13/2024. (Court Reporter Lise Matthews.) Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00326, 3:23−cv−00329, 3:23−cv−00330, 3:23−cv−00331, 3:23−cv−00332, 3:23−cv−00333, 3:23−cv−00334, 3:23−cv−00335, 3:23−cv−00336, 3:23−cv−00337, 3:23−cv−00338, 3:23−cv−00339, 3:23−cv−00344, 3:23−cv−00345, 3:23−cv−00356, 3:23−cv−00357, 3:23−cv−00358, 3:23−cv−00377, 3:23−cv−00378, 3:23−cv−00379, 3:23−cv−00380, 3:23−cv−00381, 3:23−cv−00387, 3:23−cv−00388, 3:23−cv−00389, 3:23−cv−00390, 3:23−cv−00391, 3:23−cv−00410, 3:23−cv−00411, 3:23−cv−00412, 3:23−cv−00413, 3:23−cv−00414, 3:23−cv−00415, 3:23−cv−00416, 3:23−cv−00419, 3:23−cv−00440, 3:23−cv−00445, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00757, 3:23−cv−00792, 3:23−cv−00979(Hearing lasted :56)(Seay, Melissa) (Entered: 02/14/2024) |
| 02/14/2024 | 165 | NOTICE of Filing by MDL 3071 Defendants re (776 in 3:23−md−03071) Report of Rule 26(f) Planning Meeting,,,,,,,, *Corrected Appendix D to Joint Report Concerning Rule 26(f) Conference* (Attachments: # 1 Exhibit 1 − Corrected Appendix D to Joint Report Concerning Rule 26(f) Conference)Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979(Srinivasan, Jay) (Entered: 02/14/2024) |
| 02/14/2024 | 166 | Joint MOTION for Entry of Proposed Order Regarding Deposition Protocol and Notice of Filing Stipulation Regarding Expert Discovery by MDL 3071 Plaintiffs. (Attachments: # 1 Exhibit Proposed Order on Deposition Protocol, # 2 Exhibit Stipulation Regarding Expert Discovery)Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979(Herzfeld, Tricia) Modified on 3/4/2024 (lh). (Entered: 02/14/2024) |

| | | |
|---|---|---|
| 02/14/2024 | 167 | Joint MOTION to Continue *Deadline for Submission of Proposed Protective Order* by MDL 3071 Plaintiffs. Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979(Herzfeld, Tricia) (Entered: 02/14/2024) |
| 02/14/2024 | 168 | NOTICE by MDL 3071 Defendants re Telephone Conference,,, *DEFENDANTS' NOTICE CONCERNING PRIVILEGE LOGGING DISPUTE IN DRAFT ESI PROTOCOL* (Attachments: # 1 Exhibit A (Mock Privileged Email Chain), # 2 Exhibit B (Mock Privilege Log))Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979(Medlock, Stephen) (Entered: 02/14/2024) |
| 02/14/2024 | 169 | Joint MOTION to Continue *Deadline for Submission of Proposal on Limits for Interrogatories and Requests for Admission* by MDL 3071 Defendants. Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979(Srinivasan, Jay) (Entered: 02/14/2024) |
| 02/14/2024 | 170 | ORDER granting (796): The Joint Motion to Continue Deadline for Submission of Proposed Protective Order (796) is GRANTED and the deadline isextended to February 20, 2024, at 3:00 p.m. Signed by Chief Judge Waverly D. Crenshaw, Jr on 02/14/2024. Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/14/2024) |
| 02/14/2024 | 171 | ORDER: Plaintiff shall provide a three page response to Defendants Notice Concerning Privilege Logging Dispute in Draft ESI Protocol (Doc. No. 797) by 3:00 p.m. on February 15, 2024. Signed by Chief Judge Waverly D. Crenshaw, Jr on 02/14/2024. Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/14/2024) |
| 02/14/2024 | 172 | ORDER: As discussed during the telephone conference call on February 13, 2024, the Court finds that an in−person status conference is unnecessary to complete the Case Management Order. Accordingly, the status conference at 1:00 p.m. on February 16, 2024 is CANCELLED. Signed by Chief Judge Waverly D. Crenshaw, Jr on 02/14/2024. Associated Cases: 3:23−md−03071 and All Member Cases**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/14/2024) |
| 02/14/2024 | 173 | ORDER granting (798): The Joint Motion to Continue Deadline for Submission of Proposal on Limits for Interrogatories and Requests for Admission is GRANTED and the deadline is extended to February 15, 2024, at 1:00p.m.Signed by Chief Judge Waverly D. Crenshaw, Jr on 02/14/2024. Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/14/2024) |
| 02/14/2024 | 174 | NOTICE of Appearance by Gibeault C. Creson on behalf of Sares Regis Group Commercial, Inc. Associated Cases: 3:23−md−03071, 3:23−cv−00326, 3:23−cv−00440, 3:23−cv−00742(Creson, Gibeault) (Entered: 02/14/2024) |
| 02/15/2024 | 175 | NOTICE by MDL 3071 Defendants re (802 in 3:23−md−03071) Order on Motion to Continue,, *Joint Notice Regarding Limits for Interrogatories and Requests for Admission* Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, |

| | | |
|---|---|---|
| | | 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Srinivasan, Jay) (Entered: 02/15/2024) |
| 02/15/2024 | 176 | NOTICE by MDL 3071 Plaintiffs re (797 in 3:23–md–03071) Notice (Other), *Plaintiffs' Response to Defendants' Notice Concerning Privilege Log Disputes in Draft ESI Protocol* (Attachments: # 1 Exhibit A – Mem. Op. and Order, In re Local TV Advertising Antitrust Litig., No. 18 C 6785, # 2 Exhibit B – Pls. Status Report on Privilege Sampling, In re Blue Cross Blue Shield Antitrust Litig., 2:13–cv–20000, # 3 Exhibit C – Order Granting in Part Pls. Mot. for Sanctions, In re Facebook, Inc. Consumer Privacy User Profile Litig., No. 18–md–02843)Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Herzfeld, Tricia) (Entered: 02/15/2024) |
| 02/15/2024 | 177 | MOTION for attorney Patrick E. Breen to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC–4013805) by Sares Regis Group Commercial, Inc. (Attachments: # 1 Exhibit A – Certificate of Good Standing) Associated Cases: 3:23–md–03071, 3:23–cv–00326, 3:23–cv–00440, 3:23–cv–00742(Creson, Gibeault) Modified text on 2/15/2024 (gb). (Entered: 02/15/2024) |
| 02/15/2024 | 178 | MOTION for attorney Scott W. Perlin to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC–4014181) by Sares Regis Group Commercial, Inc.. (Attachments: # 1 Exhibit A – Certificate of Good Standing)Associated Cases: 3:23–md–03071, 3:23–cv–00326, 3:23–cv–00440, 3:23–cv–00742(Creson, Gibeault) (Entered: 02/15/2024) |
| 02/15/2024 | 179 | MOTION for attorney Valentine Hoy to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC–4014187) by Sares Regis Group Commercial, Inc.. (Attachments: # 1 Exhibit A – Certificate of Good Standing)Associated Cases: 3:23–md–03071, 3:23–cv–00326, 3:23–cv–00440, 3:23–cv–00742(Creson, Gibeault) (Entered: 02/15/2024) |
| 02/15/2024 | 180 | ORDER: This case is set for a telephonic status conference with Swathi Bojedla and Stephen Medlock for February 16, 2024, at 1:00 p.m. Ms. Bojedla and Mr. Medlock shall be prepared to discuss the proposed Joint Electronically Stored Information Order. The parties shall call 1–888–278–0296, and when prompted enter access code 6564835# to participate in the call. If a party has difficulty connecting, please contact chambers at 615–736–7013. Signed by Chief Judge Waverly D. Crenshaw, Jr on 02/15/2024. Associated Cases: 3:23–md–03071 and All Member Cases**(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/15/2024) |
| 02/15/2024 | 181 | NOTICE by Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIV, L.P., Thoma Bravo L.P. *Supplemental Notice of Appearance of Mark McKane* Associated Cases: 3:23–md–03071, 3:23–cv–00742, 3:23–cv–00979(McKane, Mark) (Entered: 02/15/2024) |
| 02/15/2024 | 182 | NOTICE by Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIV, L.P., Thoma Bravo L.P. *Supplemental Notice of Appearance of James Mutchnik* Associated Cases: 3:23–md–03071, 3:23–cv–00742, 3:23–cv–00979(Mutchnik, James) (Entered: 02/15/2024) |
| 02/15/2024 | 183 | Joint MOTION to Stay *All Deadlines* by Pinnacle Property Management Services, LLC, Pinnacle Property Management Services LLC. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Reinker, Kenneth) (Entered: 02/15/2024) |
| 02/15/2024 | 184 | NOTICE by Thoma Bravo Fund XIII, L.P., Thoma Bravo Fund XIV, L.P., Thoma Bravo L.P. *Supplemental Notice of Appearance of Alistair Blacklock* Associated Cases: 3:23–md–03071, 3:23–cv–00742, 3:23–cv–00979(Blacklock, Alistair) (Entered: 02/15/2024) |
| 02/16/2024 | | Minute Entry for proceedings held before Chief Judge Waverly D. Crenshaw, Jr: Telephone Conference held on 2/16/2024. The Judge reviewed revisions to the Joint ESI Order, Order on |

| | | |
|---|---|---|
| | | Deposition Protocol, Stipulation and Order on Expert Discovery and the Case Management. (Court Reporter Lise Matthews.) Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00326, 3:23−cv−00329, 3:23−cv−00330, 3:23−cv−00331, 3:23−cv−00332, 3:23−cv−00333, 3:23−cv−00334, 3:23−cv−00335, 3:23−cv−00336, 3:23−cv−00337, 3:23−cv−00338, 3:23−cv−00339, 3:23−cv−00344, 3:23−cv−00345, 3:23−cv−00356, 3:23−cv−00357, 3:23−cv−00358, 3:23−cv−00377, 3:23−cv−00378, 3:23−cv−00379, 3:23−cv−00380, 3:23−cv−00381, 3:23−cv−00387, 3:23−cv−00388, 3:23−cv−00389, 3:23−cv−00390, 3:23−cv−00391, 3:23−cv−00410, 3:23−cv−00411, 3:23−cv−00412, 3:23−cv−00413, 3:23−cv−00414, 3:23−cv−00415, 3:23−cv−00416, 3:23−cv−00419, 3:23−cv−00440, 3:23−cv−00445, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00757, 3:23−cv−00792, 3:23−cv−00979(Hearing lasted :22)(Seay, Melissa) (Entered: 02/16/2024) |
| 02/16/2024 | 185 | STIPULATION AND ORDER ON EXPERT DISCOVERY. Signed by Chief Judge Waverly D. Crenshaw, Jr on 02/16/2024. Associated Cases: 3:23−md−03071 All Member Cases **(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/16/2024) |
| 02/16/2024 | 186 | JOINT ELECTRONICALLY STORED INFORMATION ORDER. Signed by Chief Judge Waverly D. Crenshaw, Jr on 02/16/2024. Associated Cases: 3:23−md−03071 and All Member Cases**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/16/2024) |
| 02/16/2024 | 187 | ORDER ON DEPOSITION PROTOCOL. Signed by Chief Judge Waverly D. Crenshaw, Jr on 02/16/2024. Associated Cases: 3:23−md−03071 and All Member Cases**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/16/2024) |
| 02/16/2024 | 188 | ORDER granting (812) Plaintiffs' and Defendant Pinnacle Property Management Services, LLC's Joint Motion to Stay All Deadlines while they finalize and execute a Settlement Agreement is GRANTED. Signed by Chief Judge Waverly D. Crenshaw, Jr on 02/16/2024. Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/16/2024) |
| 02/16/2024 | 189 | CASE MANAGEMENT ORDER: Pursuant to Rule 16 of the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Courts January 5, 2024, Order (ECF No. 693), and to secure the just, speedy, and inexpensive determination of this action, the Court orders that the following schedule shall govern these proceedings. Signed by Chief Judge Waverly D. Crenshaw, Jr on 02/16/2024. Associated Cases: 3:23−md−03071 and All Member Cases **(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/16/2024) |
| 02/19/2024 | 190 | Joint MOTION for Entry of Proposed Federal Rule of Evidence 502 Order by MDL 3071 Plaintiffs. (Attachments: # 1 Exhibit Proposed 502(d) Order)Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00326, 3:23−cv−00329, 3:23−cv−00330, 3:23−cv−00331, 3:23−cv−00332, 3:23−cv−00333, 3:23−cv−00334, 3:23−cv−00335, 3:23−cv−00336, 3:23−cv−00337, 3:23−cv−00338, 3:23−cv−00339, 3:23−cv−00344, 3:23−cv−00345, 3:23−cv−00356, 3:23−cv−00357, 3:23−cv−00358, 3:23−cv−00377, 3:23−cv−00378, 3:23−cv−00379, 3:23−cv−00380, 3:23−cv−00381, 3:23−cv−00387, 3:23−cv−00388, 3:23−cv−00389, 3:23−cv−00390, 3:23−cv−00391, 3:23−cv−00410, 3:23−cv−00411, 3:23−cv−00412, 3:23−cv−00413, 3:23−cv−00414, 3:23−cv−00415, 3:23−cv−00416, 3:23−cv−00419, 3:23−cv−00440, 3:23−cv−00445, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00757, 3:23−cv−00792, 3:23−cv−00979(Herzfeld, Tricia) Modified on 3/4/2024 (lh). (Entered: 02/19/2024) |

| 02/20/2024 | 191 | Joint MOTION for Entry of Proposed Protective Order by MDL 3071 Plaintiffs. (Attachments: # 1 Exhibit Proposed Protective Order)Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00326, 3:23−cv−00329, 3:23−cv−00330, 3:23−cv−00331, 3:23−cv−00332, 3:23−cv−00333, 3:23−cv−00334, 3:23−cv−00335, 3:23−cv−00336, 3:23−cv−00337, 3:23−cv−00338, 3:23−cv−00339, 3:23−cv−00344, 3:23−cv−00345, 3:23−cv−00356, 3:23−cv−00357, 3:23−cv−00358, 3:23−cv−00377, 3:23−cv−00378, 3:23−cv−00379, 3:23−cv−00380, 3:23−cv−00381, 3:23−cv−00387, 3:23−cv−00388, 3:23−cv−00389, 3:23−cv−00390, 3:23−cv−00391, 3:23−cv−00410, 3:23−cv−00411, 3:23−cv−00412, 3:23−cv−00413, 3:23−cv−00414, 3:23−cv−00415, 3:23−cv−00416, 3:23−cv−00419, 3:23−cv−00440, 3:23−cv−00445, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00757, 3:23−cv−00792, 3:23−cv−00979(Herzfeld, Tricia) (Entered: 02/20/2024) |
|---|---|---|
| 02/20/2024 | 192 | STIPULATION AND ORDER ON FEDERAL RULE OF EVIDENCE 502. Signed by Chief Judge Waverly D. Crenshaw, Jr on 02/20/2024. Associated Cases: 3:23−md−03071 and All Member Cases**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/20/2024) |
| 02/21/2024 | 193 | MOTION to Substitute Attorney by Greystar Management Services, LLC. (Attachments: # 1 Attachment Proposed Order)Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979(Cumby, Joshua) (Entered: 02/21/2024) |
| 02/21/2024 | 194 | ORDER granting (806), (807), and (808): Having satisfied the requirements of Local Rule 83.01(b), the Motions for Patrick E. Breen, Scott W. Perlin, and Valentine Hoy to Appear Pro Hac Vice are granted. Signed by Lynda M. Hill, Clerk of Court, on 02/21/2024. Associated Cases: 3:23−md−03071, 3:23−cv−00326, 3:23−cv−00440, 3:23−cv−00742(lh) (Entered: 02/21/2024) |
| 02/21/2024 | 195 | STIPULATION AND AGREED PROTECTIVE ORDER. Signed by Chief Judge Waverly D. Crenshaw, Jr on 02/21/2024. Associated Cases: 3:23−md−03071 and All Member Cases **(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/21/2024) |
| 02/21/2024 | 196 | ORDER granting (823) The Court hereby GRANTS Greystars Motion to Substitute Counsel. Karen Hoffman Lent, Boris Bershteyn, Evan R. Kreiner, and Sam Auld, of Skadden, Arps, Slate, Meagher & Flom LLP are substituted as counsel of record for Greystar in these matters. Michael M. Maddigan, Benjamin F. Holt, Laura Penaranda, and Vassi Iliadis of Hogan Lovells US LLP are permitted to withdraw as counsel of record for Greystar in these matters. Signed by Chief Judge Waverly D. Crenshaw, Jr on 02/21/2024. Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 02/21/2024) |
| 02/23/2024 | 197 | ORDER granting (791): Having satisfied the requirements of Local Rule 83.01(b), the Motion for W. Cole Geddy to Appear Pro Hac Vice is granted. Signed by Lynda M. Hill, Clerk of Court, on 02/23/2024. Associated Cases: 3:23−md−03071, 3:23−cv−00413, 3:23−cv−00742, 3:23−cv−00979(lh) (Entered: 02/23/2024) |
| 02/23/2024 | 198 | ORDER granting (827): Having satisfied the requirements of Local Rule 83.01(b), the Motion for Bethany Carroll to Appear Pro Hac Vice is granted. Signed by Lynda M. Hill, Clerk of Court, on 02/23/2024. Associated Cases: 3:23−md−03071, 3:23−cv−00378, 3:23−cv−00742, 3:23−cv−00979(lh) (Entered: 02/23/2024) |
| 02/23/2024 | 199 | ORDER granting (793): Having satisfied the requirements of Local Rule 83.01(b), the Motion for Faranak Tabatabai Asl to Appear Pro Hac Vice is granted. Signed by Lynda M. Hill, Clerk of Court, on 02/23/2024. Associated Cases: 3:23−md−03071, 3:23−cv−00378, 3:23−cv−00742, |

| | | |
|---|---|---|
| | | 3:23–cv–00979(lh) (Entered: 02/23/2024) |
| 02/26/2024 | 200 | STATUS REPORT *Joint Status Report Concerning Status Conferences* by MDL 3071 Defendants. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Srinivasan, Jay) (Entered: 02/26/2024) |
| 02/29/2024 | 201 | MOTION for attorney Adam Kochman to Appear Pro Hac Vice (paid $150 PHV fee; receipt number TNMDC–4023748) by Greystar Management Services, LLC. (Attachments: # 1 Attachment Certificate of Good Standing)Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Cumby, Joshua) Modified on 3/4/2024 (lh). (Entered: 02/29/2024) |
| 03/01/2024 | 202 | NOTICE of Filing by MDL 3071 Plaintiffs *Designation of Discovery Liaisons* Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Herzfeld, Tricia) (Entered: 03/01/2024) |
| 03/01/2024 | 203 | NOTICE by MDL 3071 Defendants re (815 in 3:23–md–03071) Order, *Defendants' Notice re Discovery Liaisons* Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Srinivasan, Jay) (Entered: 03/01/2024) |
| 03/01/2024 | 204 | STATUS REPORT *Joint Status Report* by MDL 3071 Plaintiffs. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Herzfeld, Tricia) (Entered: 03/01/2024) |
| 03/04/2024 | 205 | ORDER granting (838): Having satisfied the requirements of Local Rule 83.01(b), the Motion for Adam Kochman to Appear Pro Hac Vice is granted. Signed by Lynda M. Hill, Clerk of Court, on 03/04/2024. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(lh) (Entered: 03/04/2024) |
| 03/04/2024 | 206 | ORDER granting (837): Having satisfied the requirements of Local Rule 83.01(b), the Motion for Paul C. Cuomo to Appear Pro Hac Vice is granted. Signed by Lynda M. Hill, Clerk of Court, on 03/04/2024. Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(lh) (Entered: 03/04/2024) |
| 03/05/2024 | 207 | MOTION for attorney Navy A. Thompson to Appear Pro Hac Vice (paid $150 PHV fee; receipt number ATNMDC–4026725) by MDL 3071 Plaintiffs. (Attachments: # 1 Certificate of Good Standing) Associated Cases: 3:23–md–03071, 3:22–cv–01082, 3:23–cv–00332, 3:23–cv–00357, 3:23–cv–00378, 3:23–cv–00410, 3:23–cv–00413, 3:23–cv–00552, 3:23–cv–00742, 3:23–cv–00979(Thompson, Navy) Modified text on 3/5/2024 (ln). (Entered: 03/05/2024) |
| 03/06/2024 | 208 | ORDER: The Parties agree that AIRs Renewed Motion to Dismiss Plaintiffs Second Amended Consolidated Class Action Complaint is moot and withdrawn without prejudice. (Doc. No. 695 and 715). Accordingly, all deadlines applicable to AIR are stayed for 90 days. Signed by Chief Judge Waverly D. Crenshaw, Jr on 03/06/2024. Associated Cases: 3:23–md–03071, 3:23–cv–00742, 3:23–cv–00979**(DOCKET TEXT SUMMARY ONLY–ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 03/06/2024) |
| 03/06/2024 | 209 | ORDER: On February 20, 2024, the Court entered an approved Stipulation and Order on Federal Rule of Evidence 502. (Doc. No. 822). Accordingly, the Clerk shall TERM the parties pending Joint Motion for Entry of Federal Rule of Evidence 502 Order (Doc. No. 819). Signed by Chief |

| | | |
|---|---|---|
| | | Judge Waverly D. Crenshaw, Jr on 03/06/2024. Associated Cases: 3:23−md−03071 and all Member Cases. **(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 03/06/2024) |
| 03/06/2024 | Ï | Minute Entry for proceedings held before Chief Judge Waverly D. Crenshaw, Jr: Telephone Conference held on 3/6/2024. Only leadership counsel on each side shall attend status conference on Friday. Other parties may listen in. (Court Reporter Lise Matthews.) Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979(Hearing lasted :04)(Seay, Melissa) (Entered: 03/06/2024) |
| 03/06/2024 | Ï 210 | ORDER: The attorneys designated by the Court as Plaintiffs Interim Co−Lead Counsel, Plaintiffs Liaison Counsel, Plaintiffs Steering Committee Counsel, Defendants Liaison Counsel, and Defendants Steering Committee Counsel (see Doc. No. 278) SHALL be present at the March 8, 2024 status conference at 1:00 p.m. The status conference is CANCELLED for everyone else. Anyone involved in this case who wants to listen to the status conference may call the number provided in the Order. As will be explained more fully at the status conference, the Court is very disappointed by the parties Joint Status Report (Doc. No. 841) and the way the parties attempted to raise a discovery dispute with the Court. To the extent Plaintiffs seek a ruling regarding the sufficiency of Defendants initial disclosures, that request is DENIED WITHOUT PREJUDICE and will not be addressed on the merits during the status conference. Signed by Chief Judge Waverly D. Crenshaw, Jr on 03/06/2024. Associated Cases: 3:23−md−03071 and all Member Cases. **(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 03/06/2024) |
| 03/07/2024 | Ï | NOTICE TO FILER re DE# 207 : The Certificate of Good Standing must be from a United States District Court or a United States appellate court. The new certificate shall be filed within 10 days. Associated Cases: 3:23−md−03071, 3:22−cv−01082, 3:23−cv−00332, 3:23−cv−00357, 3:23−cv−00378, 3:23−cv−00410, 3:23−cv−00413, 3:23−cv−00552, 3:23−cv−00742, 3:23−cv−00979(kc) Modified on 3/7/2024 (kc). (Entered: 03/07/2024) |
| 03/07/2024 | Ï 211 | MEMORANDUM OPINION: Before the Court in this putative nationwide antitrust class action is the Motion to Dismiss Tennessee Actions for Lack of Personal Jurisdiction and Improper Venue (Doc. No. 583), filed by Defendants Prometheus Real Estate Group, Inc. (Prometheus), Sares Regis Group Commercial, Inc. (Sares Regis), Rose Associates, Inc. (Rose), Conti Texas Organization Inc., d/b/a CONTI Capital (CONTI), ConAm Management Corporation, Essex Property Trust, Inc., Sherman Associates, Inc., and Windsor Property Management Company. The Motion has been fully briefed and is ripe for review. (See Doc. Nos. 585, 616, 645, 706, 774, 775). For the following reasons, the Court will neither grant nor deny the Motion, and instead concludes that the interest of justice is best served by severing the contested claims and transferring them to facially proper jurisdictions. The intended practical effect of this ruling is that all claims subject to the Motion will be transferred back to this Court expeditiously as part of the above−captioned multidistrict litigation, In re: RealPage, Inc., Rental Software Antitrust Litig. (No. II), No. MDL 3071. Signed by Chief Judge Waverly D. Crenshaw, Jr on 03/07/2024. Associated Cases: 3:23−md−03071, 3:23−cv−00742**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 03/07/2024) |
| 03/07/2024 | Ï 212 | ORDER For the reasons set forth in the Memorandum Opinion 849 , the Motion to Dismiss Tennessee Actions for Lack of Personal Jurisdiction and Improper Venue (Doc. No. 583) is neither granted nor denied. The Clerk shall TERM the motions that appears at Doc. No. 583 in Case No. 3:23−md−03071, and Doc. No. 47 in Case No. 3:23−cv−00742. The Court further ORDERS as follows: The claims raised in Kabisch v. RealPage, Inc., No. 3:23−cv−00742 (M.D. Tenn. July24, 2023), Doc. No. 1 (hereinafter, Kabisch Complaint) are hereby SEVERED into four groupings as separate cases. The Clerk shall transfer three of the cases as instructed in the Order. |

| | | |
|---|---|---|
| | | Signed by Chief Judge Waverly D. Crenshaw, Jr on 03/07/2024. Associated Cases: 3:23−md−03071, 3:23−cv−00742**(DOCKET TEXT SUMMARY ONLY−ATTORNEYS MUST OPEN THE PDF AND READ THE ORDER.)**(lh) (Entered: 03/07/2024) |
| 03/07/2024 | Ï | ***Civil Case Terminated per Order <u>212</u> . (gb) (Entered: 03/13/2024) |